**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Reservoir Associates, Ltd.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Reservoir Site Townhouses** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-2089101** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **185 14th Avenue** <br> **Newark, NJ 07103** <br> Number, Street, City, State & ZIP Code | **440 West 15th Street** <br> **New York, NY 10011** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Essex** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Reservoir Associates, Ltd.** | | Case number (*if known*) | |
| | Name | | | |

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
| District | | When | | Case number | |

| Debtor | **Reservoir Associates, Ltd.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
        Contact name
        Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Reservoir Associates, Ltd.**

Name                                                    Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 – $100,000 | ■ $10,000,001 – $50  million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

| Debtor | **Reservoir Associates, Ltd.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 15, 2023**
MM / DD / YYYY

**X** **/s/ Gary Kline, as President, FNP of New Jersey, Inc.**
Signature of authorized representative of debtor

**Gary Kline, as President, FNP of New Jersey, Inc.**
Printed name

Title    **Managing General Partner of Reservoir Associates, Ltd.**

**18. Signature of attorney**

**X** **/s/ S. Jason Teele**
Signature of attorney for debtor

Date    **September 15, 2023**
MM / DD / YYYY

**S. Jason Teele 014012001**
Printed name

**Sills Cummis & Gross P.C.**
Firm name

**One Riverfront Plaza**
**Newark, NJ 07102**
Number, Street, City, State & ZIP Code

Contact phone    **(973) 643-4779**      Email address    **steele@sillscummis.com**

**014012001 NJ**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Reservoir Associates, Ltd.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**September 15, 2023**___     X /s/ **Gary Kline, as President, FNP of New Jersey, Inc.**
                                              Signature of individual signing on behalf of debtor

                                              **Gary Kline, as President, FNP of New Jersey, Inc.**
                                              Printed name

                                              **Managing General Partner of Reservoir Associates, Ltd.**
                                              Position or relationship to debtor

**ACTION BY WRITTEN CONSENT**
**OF THE**
**MANAGING GENERAL PARTNER**
**OF**
**RESERVOIR ASSOCIATES, LTD**

**Dated: September 12, 2023**

The undersigned, being the president of FNP of New Jersey, Inc., the managing general partner (the "Managing General Partner") of Reservoir Associates, Ltd., a New Jersey limited partnership (the "Company"), hereby consents to the following actions and adopt the following resolutions as of the date hereof:

**WHEREAS**, the Company owns and operates a residential apartment building located at 185 14th Avenue, Newark, New Jersey 07103;

**WHEREAS**, the Managing General Partner has reviewed and considered the liabilities and liquidity of the Company, the strategic alternatives available to it, the valuation of the Company, and the impact of the foregoing on the Company's ability to continue operations;

**WHEREAS**, the Managing General Partner has had the opportunity to consult with the management and the financial and legal advisors to the Company and fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Managing General Partner deems it advisable and in the best interest of the Company and its creditors, tenants, interest holders, and other parties in interest, to consent to and adopt, in the name and on behalf of the Company, the resolutions set forth below.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Managing General Partner and any or all of the officers of the Managing General Partner, acting alone or with one or more other officers of the Managing General Partner or Company (individually, each an "Authorized Officer" and collectively, the "Authorized Officers"), are hereby authorized and empowered, in the name and on behalf of the Company, with the assistance of the Company's counsel, accountants and advisers, to (i) prepare, execute and file with the appropriate court a petition under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"); and (ii) take such other and further actions and steps as the Authorized Officers may deem necessary, appropriate or advisable to obtain for the Company any and all relief to which they are or may be entitled under chapter 7 of the Bankruptcy Code; and be it further

9922609 v1

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all actions that they deem necessary or proper to obtain relief under the Bankruptcy Code; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and directed to retain and employ, in the name and on behalf of the Company, the law firm of Sills Cummis & Gross P.C. as bankruptcy counsel to the Company, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and, to the extent necessary, to cause to be filed an appropriate application for authority to retain the services of Sills Cummis & Gross P.C.; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and empowered to employ, in the name and on behalf of the Company, any other professionals to assist the Company in obtaining relief under the Bankruptcy Code; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized, empowered and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or appropriate to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as such Authorized Offices, and any of them, may deem necessary or appropriate, and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed and approved in all respects; and be it further

**RESOLVED**, that this written consent may be executed (a) in any number of counterparts, each of which shall be an original, but all of which together shall constitute one and the same written

consent, notwithstanding that the undersigned are not signatories to the original or to the same counterpart and (b) via (i) facsimile transmission or (ii) other electronic transmission which provides an accurate copy of this written consent (collectively, the "Electronic Copy"), which such Electronic Copy shall be deemed an original.

**IN WITNESS WHEREOF,** the undersigned consents to the foregoing Resolutions as of the date first written above.

/s/ *Gary Kline*

Gary Kline, solely in his capacity as President of FNP of New Jersey, Inc., as Managing General Partner of Reservoir Associates, Ltd.

-3-

Fill in this information to identify the case:

Debtor name        **Reservoir Associates, Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **6,134,752.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    **3,774,214.53**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    **9,908,966.53**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **1,850,187.21**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $    **1,560.46**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    **28,841,329.34**

4.   **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b

$    **30,693,077.01**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Reservoir Associates, Ltd.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $124,487.87 |
| 2. **Cash on hand** | $266.73 |
| 2. **Cash on hand** | $300.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

| 4.1. | **Restricted Cash (as of 12/31/2021)** | $98,486.00 |
|---|---|---|
| 4.2. | **Funds in escrow (as of 12/31/2021)** | $992,212.00 |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,215,752.60 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Debtor     **Reservoir Associates, Ltd.**                                    Case number *(If known)* _____
           <sub>Name</sub>

**7.**      **Deposits, including security deposits and utility deposits**
            Description, including name of holder of deposit

   7.1.     **Real Estate Tax Escrow (as of 12/31/2021)**                                        $189,420.00

   7.2.     **Insurance Escrow (as of 12/31/2021)**                                              $70,433.00

   7.3.     **Reserve for Repairs and Replacement (as of 12/31/2021)**                           $711,746.00

   7.4.     **Minimum Escrow Fund (as of 12/31/2021)**                                           $20,613.00

   7.5.     **Funds reserved for tenant security deposits (as of 12/31/2021)**                   $18,822.00

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
            Description, including name of holder of prepayment

   8.1.     **Prepaid Expenses (asf 12/31/2021)**                                                $75,238.00

**9.**      **Total of Part 2.**                                                          | $1,086,272.00 |
            Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**     **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 326,252.19 | - | 0.00 | = .... | $326,252.19 |
| 11a. 90 days old or less: | 4,100.50 | - | 0.00 | = .... | $4,100.50 |
| 11a. 90 days old or less: | 27,017.00 | - | 0.00 | = .... | $27,017.00 |
| 11a. 90 days old or less: | 154,155.24 | - | 0.00 | = .... | $154,155.24 |

| Debtor | **Reservoir Associates, Ltd.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | | $511,524.93 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:     Investments**

13. **Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Furniture, Fixtures & Equipment (as of 12/31/2021) | $0.00 | | $960,665.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | $960,665.00 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    **Reservoir Associates, Ltd.**                                        Case number *(If known)* _____
Name

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **185 14th Avenue, Newark, NJ 07103 (value of improvements only as of 12/31/2021)** | **Equitable interest (land lease)** | **Unknown** | | **$6,134,752.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $6,134,752.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Debtor    **Reservoir Associates, Ltd.**                                  Case number *(If known)* _____
      Name

73.      **Interests in insurance policies or annuities**

74.      **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.      **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **Various state and federal government subsidies**                                  **Unknown**

     **NJ Division of Taxation Sales Tax Exempt Use Certificate**                                  **Unknown**

78.      **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.                     **$0.00**

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Debtor    **Reservoir Associates, Ltd.**_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,215,752.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,086,272.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $511,524.93 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $960,665.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...................................................> | | $6,134,752.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,774,214.53 | + 91b. $6,134,752.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,908,966.53 |

**Fill in this information to identify the case:**

Debtor name    **Reservoir Associates, Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1** **NJ Housing & Mortgage Finance Agency**
Creditor's Name

**637 S. Clinton Street
PO Box 18550
Attn: Mr. John Murray, CFO
Trenton, NJ 08625**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**185 14th Ave.
Newark, NJ 07103
(Improvements Only; Subject to Land Lease)**

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$665,496.21** | **$6,102,844.00** |

**2.2** **NJ Housing & Mortgage Finance Agency**
Creditor's Name

**637 S. Clinton Street
PO Box 18550
Attn: Mr. John Murray, CFO
Trenton, NJ 08625**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**185 14th Ave.
Newark, NJ 07103
(Improvements Only; Subject to Land Lease)
(Improvements Only)**

**Describe the lien**
**Third Mortgage (Proceeds used to satisfy second mortgage).**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No

| | |
|---|---|
| **$467,360.00** | **$6,102,844.30** |

| Debtor | **Reservoir Associates, Ltd.** | Case number (if known) |
|---|---|---|
| | Name | |

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **NJ Housing & Mortgage Finance Agency** |
|---|---|

Creditor's Name

**637 S. Clinton Street
PO Box 18550
Attn: Mr. John Murray, CFO
Trenton, NJ 08625**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $717,331.00    $6,134,752.00

**185 14th Avenue, Newark, NJ 07103
(Improvements Only; Subject to Land Lease)**

**Describe the lien**

**Third Mortgage - Accrued Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,850,187.21

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Reservoir Associates, Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $1,560.46 | $1,560.46 |

| | |
|---|---|
| Priority creditor's name and mailing address <br> **NJ Division of Taxation** <br> **Revenue Processing Center** <br> **Trenton, NJ 08646** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: <br> **Filing Fees and Interest** |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address <br> **Alqadir, Alexandra** <br> **185 14th Avenue, Apt. 1-346** <br> **Newark, NJ 07103** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:   **Tenant - Notice Purposes Only** <br><br> Is the claim subject to offset? ☑ No ☐ Yes    **$0.00** |
| 3.2 | Nonpriority creditor's name and mailing address <br> **Anthony, Quanasias** <br> **185 14th Avenue, Apt. 2-344C** <br> **Newark, NJ 07103** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:   **Tenant - Notice Purposes Only** <br><br> Is the claim subject to offset? ☑ No ☐ Yes    **$0.00** |

| Debtor | Reservoir Associates, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address

**Approved Oil Co.**
6717 4th Avenue
Brooklyn, NY 11220

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Heating Oil**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.4** | Nonpriority creditor's name and mailing address

**Aramark Refreshment Services, LLC**
1511 Tonnele Ave.
North Bergen, NJ 07047

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ☒ No  ☐ Yes

**$529.28**

---

**3.5** | Nonpriority creditor's name and mailing address

**Aramark Uniform Services**
740 Frelinghuysen Ave.
Newark, NJ 07114

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ☒ No  ☐ Yes

**$6,107.66**

---

**3.6** | Nonpriority creditor's name and mailing address

**Belmont Glass & Mirror Company**
134 Ellis Ave.
Irvington, NJ 07111

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,887.93**

---

**3.7** | Nonpriority creditor's name and mailing address

**Blanding, Pia**
185 14th Avenue, Apt. 2-338
Newark, NJ 07103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**Blount, Kbrina**
185 14th Avenue, Apt. 1-332C
Newark, NJ 07103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**Brown, Tasheema**
185 14th Avenue, Apt. 3-197A
Newark, NJ 07103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | Reservoir Associates, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address
Carter, Frank
185 14th Avenue, Apt. 1-340C
Newark, NJ 07103

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.11** | Nonpriority creditor's name and mailing address
Cathcart, Helen
185 14th Avenue, Apt. 2-342A
Newark, NJ 07103

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.12** | Nonpriority creditor's name and mailing address
Chalmers, Katlyn
185 14th Avenue, Apt. 3-199B
Newark, NJ 07103

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.13** | Nonpriority creditor's name and mailing address
City Fire Equipment Co.
733 Ridgedale Ave., Suite 203
East Hanover, NJ 07936

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire Protection Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.14** | Nonpriority creditor's name and mailing address
City of Newark
920 Broad St., Room 117
Newark, NJ 07102

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wter & Sewer Charges**

Is the claim subject to offset? ■ No ☐ Yes

**$29,820.91**

---

**3.15** | Nonpriority creditor's name and mailing address
City of Newark
920 Broad St., Room 117
Newark, NJ 07102

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16** | Nonpriority creditor's name and mailing address
Community Realty Management
36 S. Main St.
Pleasantville, NJ 08232

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Property Management**

Is the claim subject to offset? ■ No ☐ Yes

**$38,140.86**

---

| Debtor | Reservoir Associates, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Conner Strong & Buck-Elew Companies, Inc**
2 Cooper Street
Camden, NJ 08102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Insurance Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Crawford, Rasheed**
185 14th Avenue, Apt. 1-332A
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dan Marc Appliance**
10 York Avenue
Caldwell, NJ 07006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Appliance Repair

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Davis, Cherell**
185 14th Avenue, Apt. 1-336A
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DII Computers, Inc.**
2425 Blair Mill Road
Willow Grove, PA 19090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  IT Solution

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,449.41**

**Direct Supplies Warehouse, Inc.**
200 S. Newman St., Unit 3
Hackensack, NJ 07601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Goods

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DMR Services LLC**
215 Van Vorst Street
Summit, NJ 07902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Plumbing Services

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Reservoir Associates, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Drayton, Pauline**
**185 14th Avenue, Apt. 3-189D**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Tenant - Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ellis, Gaysha**
**185 14th Avenue, Apt. 3-191A**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Tenant - Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Faulk, Cornelia**
**185 14th Avenue, Apt. 3-199D**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Tenant - Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fently, Lyndon**
**185 14th Avenue, Apt. 1-332B**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Tenant - Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fisher, Monica**
**185 14th Avenue, Apt. 1-340D**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Tenant - Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,414.74 |
|---|---|---|---|

**FNP of New Jersey, Inc.**
**440 West 15th St.**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Due to General Partner** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ford, Armenthia**
**185 14th Avenue, Apt. 3-193B**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Tenant - Notice Purposes Only** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Reservoir Associates, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address

Furman, Shirley
185 14th Avenue, Apt. 2-350D
Newark, NJ 07103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.32** | Nonpriority creditor's name and mailing address

Gainer, Latoya
185 14th Avenue, Apt. 2-340B
Newark, NJ 07103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.33** | Nonpriority creditor's name and mailing address

Gantt Painting LLC
254 Chancellor Ave.
Newark, NJ 07108

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Painting

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.34** | Nonpriority creditor's name and mailing address

Garcia, Raysa
185 14th Avenue, Apt. 1-340E
Newark, NJ 07103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.35** | Nonpriority creditor's name and mailing address

Gibson, Patricia
185 14th Avenue, Apt. 3-195C
Newark, NJ 07103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.36** | Nonpriority creditor's name and mailing address

Hamlett, Melenda
185 14th Avenue, Apt. 2-340A
Newark, NJ 07103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.37** | Nonpriority creditor's name and mailing address

Hankerson, Sameena
185 14th Avenue, Apt. 3-199A
Newark, NJ 07103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Reservoir Associates, Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Harris-Johnson, Dominque<br>185 14th Avenue, Apt. 1-334B<br>Newark, NJ 07103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Tenant - Notice Purposes Only | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Hinton, Fatima<br>185 14th Avenue, Apt. 3-189C<br>Newark, NJ 07103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Tenant - Notice Purposes Only | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Hogue, Shakema<br>185 14th Avenue, Apt. 2-346B<br>Newark, NJ 07103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Tenant - Notice Purposes Only | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Huggins, Cammirer<br>185 14th Avenue, Apt. 2-340C<br>Newark, NJ 07103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Tenant - Notice Purposes Only | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Jones, Keith<br>185 14th Avenue, Apt. 2-348D<br>Newark, NJ 07103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Tenant - Notice Purposes Only | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Jones, Kimberly<br>185 14th Avenue, Apt. 1-338B<br>Newark, NJ 07103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Tenant - Notice Purposes Only | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Jones, Sabree<br>185 14th Avenue, Apt. 2-346A<br>Newark, NJ 07103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Tenant - Notice Purposes Only | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Reservoir Associates, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

King, Brenda
185 14th Avenue, Apt. 3-193A
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

L&M Disposal, LLC
16 Canterbury Court
Mendham, NJ 07945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Waste Removal

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Leonard, Tiffany
185 14th Avenue, Apt. 1-344
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Leonard, Tonjia
185 14th Avenue, Apt. 2-350C
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Lindsay R. Baretz, Esq.
180 Glenridge Avenue
Montclair, NJ 07042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Legal Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Little, Jarmel
185 14th Avenue, Apt. 1-338A
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Lott, Keymani
185 14th Avenue, Apt. 1-338C
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tenant - Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Reservoir Associates, Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.52**

**Nonpriority creditor's name and mailing address**

Love, Oriana
185 14th Avenue, Apt. 3-195B
Newark, NJ 07103

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.53**

**Nonpriority creditor's name and mailing address**

Lowe's Commercial Credit
PO Box 530970
Atlanta, GA 30353

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Commercial Credit Card

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.54**

**Nonpriority creditor's name and mailing address**

Martinez, Michael
185 14th Avenue, Apt. 3-191E
Newark, NJ 07103

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.55**

**Nonpriority creditor's name and mailing address**

Martinez, Patria
185 14th Avenue, Apt. 2-346D
Newark, NJ 07103

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.56**

**Nonpriority creditor's name and mailing address**

Massey, Karithyah
185 14th Avenue, Apt. 2-342E
Newark, NJ 07103

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.57**

**Nonpriority creditor's name and mailing address**

Melvin, Jerricka
185 14th Avenue, Apt. 1-334A
Newark, NJ 07103

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.58**

**Nonpriority creditor's name and mailing address**

Moon, Shadeekah
185 14th Avenue, Apt. 2-342D
Newark, NJ 07103

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant - Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Reservoir Associates, Ltd. | |
|---|---|---|
| | Name | Case number (if known) |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Moore, Shaniyah
185 14th Avenue, Apt. 3-197C
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Moore, Tiffany
185 14th Avenue, Apt. 3-201
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Morgan, Amesha
185 14th Avenue, Apt. 3-189E
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Moultrie, Saborah
185 14th Avenue, Apt. 3-189B
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165,992.55**

NJ Housing & Mortgage Finance Agency
637 S. Clinton Street
PO Box 18550
Attn: Mr. John Murray, CFO
Trenton, NJ 08625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Norelus, Gladys
185 14th Avenue, Apt. 2-344A
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ojomo, Omolara
185 14th Avenue, Apt. 2-348E
Newark, NJ 07103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant - Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Reservoir Associates, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patterson, Lateefah**
**185 14th Avenue, Apt. 3-195A**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __Tenant - Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Payne, Tasia**
**185 14th Avenue, Apt. 1-336C**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __Tenant - Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Privott, Kamesha**
**185 14th Avenue, Apt. 2-346C**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __Tenant - Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PSE&G**
**PO Box 14444**
**New Brunswick, NJ 08906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __Utilities__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Real Page Inc.**
**2201 Lakeside Blvd.**
**Richardson, TX 75082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __Software__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,503,986.00 |
|---|---|---|---|

**Reservoir Site Townhouse Development Co**
**c/o RTD Management Corp**
**1032 South Avenue**
**Plainfield, NJ 07062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __185 14th Avenue, Newark, NJ 07103__
__(Improvements Only)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richardson, Stefani**
**185 14th Avenue, Apt. 2-348B**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __Tenant - Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Reservoir Associates, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address

**Rogers, Barbara**
**185 14th Avenue, Apt. 3-191D**
**Newark, NJ 07103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address

**Rogers, Na-Quan**
**185 14th Avenue, Apt. 1-334D**
**Newark, NJ 07103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address

**Rogers, Patsy**
**185 14th Avenue, Apt. 2-344D**
**Newark, NJ 07103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address

**Rogers, Sharnell**
**185 14th Avenue, Apt. 3-189A**
**Newark, NJ 07103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address

**Sanders, Inita**
**185 14th Avenue, Apt. 3-191B**
**Newark, NJ 07103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address

**Simmons, Ronald**
**185 14th Avenue, Apt. 2-348A**
**Newark, NJ 07103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address

**Stafford, Tia**
**185 14th Avenue, Apt. 2-352**
**Newark, NJ 07103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Reservoir Associates, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address
Staton, Tatianna
185 14th Avenue, Apt. 3-187
Newark, NJ 07103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.81** | Nonpriority creditor's name and mailing address
Sumter, Qawdaysha
185 14th Avenue, Apt. 2-344B
Newark, NJ 07103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.82** | Nonpriority creditor's name and mailing address
Sumter, Sade
185 14th Avenue, Apt. 2-342B
Newark, NJ 07103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.83** | Nonpriority creditor's name and mailing address
Taylor, Latoya
185 14th Avenue, Apt. 1-330
Newark, NJ 07103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.84** | Nonpriority creditor's name and mailing address
Thomas, Zanae
185 14th Avenue, Apt. 2-350A
Newark, NJ 07103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.85** | Nonpriority creditor's name and mailing address
Thompson, Giennien
185 14th Avenue, Apt. 1-336B
Newark, NJ 07103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.86** | Nonpriority creditor's name and mailing address
Thompson, Towana
185 14th Avenue, Apt. 3-189F
Newark, NJ 07103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Reservoir Associates, Ltd.**                                   Case number (if known) _____
           _____
           Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Transworld Systems Inc.**
PO Box 15630
Wilmington, DE 19850

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debto Collection Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trumpore Plumbing & Heating, Inc.**
751 Lyons Avenue, Suite C
Irvington, NJ 07111

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Plumbing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Valentine, Priscilla**
185 14th Avenue, Apt. 1-342
Newark, NJ 07103

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vazquez, Carmen**
185 14th Avenue, Apt. 2-342C
Newark, NJ 07103

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Verizon**
Bankruptcy Administration
500 Technology Drive, Suite 550
Saint Charles, MO 63304

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walker, Angel**
185 14th Avenue, Apt. 2-346E
Newark, NJ 07103

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Washington, Sara**
185 14th Avenue, Apt. 1-332E
Newark, NJ 07103

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Reservoir Associates, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Williams, Toni**
**185 14th Avenue, Apt. 1-340B**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Withum Smith+Brown, P.C.**
**One Town Center Blvd., 14th Fl.**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Audit Services**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Woodson, Rashon**
**185 14th Avenue, Apt. 1-340A**
**Newark, NJ 07103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant - Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,560.46 |
| 5b. Total claims from Part 2 | 5b. + | $ | 28,841,329.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 28,842,889.80 |

**Fill in this information to identify the case:**

Debtor name    **Reservoir Associates, Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest: **Boiler maintenance** State the term remaining List the contract number of any government contract | **A&S Boiler & Burner Corp. PO Box 2249 Newark, NJ 07114** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest: **Uniforms** State the term remaining List the contract number of any government contract | **Aramark Uniform Services 740 Frelinghuysen Ave. Newark, NJ 07114** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest: **Land lease for real property located 185 14th Ave., Newark, NJ 07103 Expires 2025** State the term remaining List the contract number of any government contract | **City of Newark 920 Broad St. Newark, NJ 07102** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest: **Property management** State the term remaining List the contract number of any government contract | **Community Realty Managment 36 South Main St. Pleasantville, NJ 08232** |

Debtor 1   **Reservoir Associates, Ltd.**                                    Case number (*if known*)
          First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Pest control** | |
|---|---|---|---|
| | State the term remaining | | **Corbett Exterminating, Inc.** |
| | List the contract number of any government contract | | **70 Jackson Drive, Ste. J-2**<br>**Cranford, NJ 07016** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape services** | |
|---|---|---|---|
| | State the term remaining | | **Emerald Gardens LLC** |
| | List the contract number of any government contract | | **230 Sherman Ave, Suite 8**<br>**Berkeley Heights, NJ 07922** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Snow removal** | |
|---|---|---|---|
| | State the term remaining | | **J&A Landscape and Snow Services** |
| | List the contract number of any government contract | | **707 Foothill Road**<br>**Bridgewater, NJ 08807** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Garbage disposal** | |
|---|---|---|---|
| | State the term remaining | | **L&M Disposal, LLC** |
| | List the contract number of any government contract | | **16 Canterbury Court**<br>**Mendham, NJ 07945** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant screening** | |
|---|---|---|---|
| | State the term remaining | | **National Tenant Network** |
| | List the contract number of any government contract | | **PO Box 1023**<br>**Turnersville, NJ 08012** |

Debtor 1   **Reservoir Associates, Ltd.**
    First Name        Middle Name        Last Name                    Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest    **Call center** | |
| State the term remaining | |
| List the contract number of any government contract | **Real Page Inc.** **2201 Lakeside Blvd.** **Richardson, TX 75082** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest    **Water treatment** | |
| State the term remaining | |
| List the contract number of any government contract | **Scientific Boiler Water Conditioning Co.** **515 Pennsylvania Ave.** **Linden, NJ 07036** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest    **Laundry equipment** | |
| State the term remaining | |
| List the contract number of any government contract | **Spin Cycle LLC** **30 West St.** **East Hanover, NJ 07936** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest    **Heating oil** | |
| State the term remaining | |
| List the contract number of any government contract | **Supreme Energy Inc.** **532 Freeman St.** **Orange, NJ 07050** |

**Fill in this information to identify the case:**

Debtor name **Reservoir Associates, Ltd.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City     State     Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Reservoir Associates, Ltd.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,497,213.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **See Schedule 1** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

| Debtor | **Reservoir Associates, Ltd.** | | Case number *(if known)* | |

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Reservoir Associates, Ltd. v. Tasia Payne ESX-LT-012443-23** | **Eviction Action** | **NJ Superior Court, Essex County 465 Dr. Martin Luther King, Jr. Blvd. Newark, NJ 07102** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Reservoir Associates, Ltd. v. Brenda King ESX-LT-015097-23** | **Eviction Action** | **NJ Superior Court, Essex County 465 Dr. Martin Luther King, Jr. Blvd. Newark, NJ 07102** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Reservoir Associates, Ltd. v. Cornelia Faulk ESX-LT-015098-23** | | **NJ Superior Court, Essex County 465 Dr. Martin Luther King, Jr. Blvd. Newark, NJ 07102** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Reservoir Associates, Ltd. v. Dominique Harris-Johnson ESX-LT-015099-23** | **Eviction Action** | **NJ Superior Court, Essex County 465 Dr. Martin Luther King, Jr. Blvd. Newark, NJ 07102** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor   **Reservoir Associates, Ltd.**                          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Reservoir Associates, Ltd. v. Gaysha Ellis**<br>**ESX-LT-015100-23** | | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Reservoir Associates, Ltd. v. Karithyah Massey**<br>**ESX-LT-015101-23** | | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Reservoir Associates, Ltd. v. Patria Martinez**<br>**ESX-LT-015102-23** | | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Reservoir Associates, Ltd. v. Pia Blanding**<br>**ESX-LT-015103-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Reservoir Associates, Ltd. v. Priscilla Valentine**<br>**ESX-LT-015105-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Reservoir Associates, Ltd. v. Raysa Garcia**<br>**ESX-LT-015110-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Reservoir Associates, Ltd. v. Sabree Jones**<br>**ESX-LT-015113-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Reservoir Associates, Ltd. v. Sameena Hankerson**<br>**ESX-LT-015115-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Reservoir Associates, Ltd. v. Tia Stafford**<br>**ESX-LT-015117-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Reservoir Associates, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14. | **Reservoir Associates, Ltd. v. Toni Williams**<br>**ESX-LT-015118-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Reservoir Associates, Ltd. v. Tonjia Leonard**<br>**ESX-LT-015120-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Reservoir Associates, Ltd. v. Tiffany Moore**<br>**ESX-LT-015121-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Reservoir Associates, Ltd. v. Zanae Thomas**<br>**ESX-LT-015144-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Reservoir Associates, Ltd. v. Armenthia Ford**<br>**ESX-LT-015148-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Reservoir Associates, Ltd. v. Tasheema Brown**<br>**ESX-LT-015150-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Reservoir Associates, Ltd. v. Saborah Moultrie**<br>**ESX-LT-015155-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Reservoir Associates, Ltd. v. Anthony Quanasias**<br>**ESX-LT-015157-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Reservoir Associates, Ltd. v. Giennien Thompson**<br>**ESX-LT-015157-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | **Reservoir Associates, Ltd.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.23. | **Reservoir Associates, Ltd. v. Patricia Gibson**<br>**ESX-LT-015158-23** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Reservoir Associates, Ltd. v. Oriana Love**<br>**ESX-LT-013626-22** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.25. | **Reservoir Associates, Ltd. v. Sade Sumter**<br>**ESX-LT-013627-22** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.26. | **Reservoir Associates, Ltd. v. Lateefah Patterson**<br>**ESX-LT-013629-22** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.27. | **Reservoir Associates, Ltd. v. Latoya Collins Mills**<br>**ESX-LT-003688-22** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.28. | **Reservoir Associates, Ltd. v. Talia Robinson**<br>**ESX-LT-007443-22** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.29. | **Reservoir Associates, Ltd. v. Melenda Hamlett**<br>**ESX-LT-007444-22** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.30. | **Reservoir Associates, Ltd. v. Kimberly Jones**<br>**ESX-LT-007449-22** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.31. | **Reservoir Associates, Ltd. v. Anita Brown**<br>**ESX-LT-007453-22** | **Eviction Action** | **NJ Superior Court, Essex County**<br>**465 Dr. Martin Luther King, Jr. Blvd.**<br>**Newark, NJ 07102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Reservoir Associates, Ltd.**                                     Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.32. | **City of Newark v. Reservoir Site Townhouse Development Corporation, et al. ESX-L-000340-23** | Receivership Action | **NJ Superior Court, Essex County 465 Dr. Martin Luther King, Jr. Blvd. Newark, NJ 07102** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Sills Cummis & Gross P.C. One Riverfront Plaza Newark, NJ 07102** | | **August 23, 2023** | **$15,000.00** |
| **Email or website address sillscummis.com** | | | |
| **Who made the payment, if not debtor? FNP of New Jersey, Inc. (Debtor's Managing General Partner)** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    **Reservoir Associates, Ltd.**                                    Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names and addresses of tenants**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | **Reservoir Associates, Ltd.** | Case number *(if known)* | |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tenant security deposits** | | **(as of 12/31/2021)** | **$18,822.00** |

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Withum Smith+Brown, P.C.**<br>**One Town Center Blvd., 14th Fl.**<br>**East Brunswick, NJ 08816** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Withum Smith+Brown, P.C.**<br>**One Town Center Blvd., 14th Fl.**<br>**East Brunswick, NJ 08816** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **FNP of New Jersey, Inc.**<br>**440 West 15th St.**<br>**New York, NY 10011** | |

| Debtor | Reservoir Associates, Ltd. | | Case number *(if known)* |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **Withum Smith+Brown, P.C.**<br>**One Town Center Blvd., 14th Fl.**<br>**East Brunswick, NJ 08816** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| FNP of New Jersey, Inc. | 440 West 15th St.<br>New York, NY 10011 | Managing General Partner | |
| Robert B. Haynes | 1053 Brook Rd.<br>Waitsfield, VT 05673 | Limited Partner | |
| Kronish, Lieb,Shainswit & Hellman | c/o Cooley<br>101 California St., 5th Fl.<br>San Francisco, CA 94111 | Limited Partner | |
| Lawrence Lefkowitz | 447 Ridge Rd.<br>Hartsdale, NY 10530 | Limited Partner | |
| Estate of Arthur J. Radin | c/o Miriam Katowitz<br>291 Union St., Apt. 3M<br>Brooklyn, NY 11231 | Limited Partner | |
| Reservoir Site Townhouse Dev Corp | c/o RTD Management Corp.<br>1032 South Ave.<br>Plainfield, NJ 07062 | Non-Managing General Partners | |
| Kline Enterprises LLC | 440 W. 15th St.<br>New York, NY 10011 | Limited Partner | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor   **Reservoir Associates, Ltd.**          Case number *(if known)* _____

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 15, 2023**

**/s/ Gary Kline, as President, FNP of New Jersey, Inc.**          **Gary Kline, as President, FNP of New Jersey, Inc.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Managing General Partner of Reservoir Associates, Ltd.**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## **Schedule 1**
**(Statement of Financial Affairs, Item 3 – Payments to Creditors within 90 days before filing)**

**Reservoir Associates LTD**
**Check Register**

Property: 563--Reservoir Associates LTD

| Date | Vendor | | Document No | Amount | Cleared | | |
|------|--------|--|-------------|--------|---------|--|--|
| AP Invoice Date | AP Invoice No | GL account/ Account label | Method | Amount Applied | Memo | Property | Unit |
| | **Bank: MTOP 563 - M&T Bank** | **Account No:** ███6534 | | | | | |
| 05/31/2023 | 1633--MILBERG CONSULTING LLC | | 2493 | 725.00 | 06/30/2023 | | |
| 05/26/2023 | 23817 - 563 | NJ00.5160.0000-Computer Charg | Printed Check | 725.00 | 401K Annual Admin | 563--Reservoir Associates LTD | |
| 05/31/2023 | 1240--COMMUNITY REALTY MANAGEMENT | | 2492 | 3,064.21 | 05/31/2023 | | |
| 05/22/2023 | 84324 - 563D | NJ00.5160.0000-Computer Charg | Printed Check | 27.00 | D2 Device - Apr | 563--Reservoir Associates LTD | |
| 05/22/2023 | 84324 - 885Dev | NJ00.5160.0000-Computer Charg | Printed Check | 9.60 | D2 License - Apr | 563--Reservoir Associates LTD | |
| 05/26/2023 | 84113 - 563D | NJ00.5160.0000-Computer Charg | Printed Check | 13.50 | D2 Device - Mar | 563--Reservoir Associates LTD | |
| 05/26/2023 | 84113 - 885D | NJ00.5160.0000-Computer Charg | Printed Check | 9.60 | D2 License - Mar | 563--Reservoir Associates LTD | |
| 05/26/2023 | 84532 - 563D | NJ00.5160.0000-Computer Charg | Printed Check | 27.00 | D2 Device - May | 563--Reservoir Associates LTD | |
| 05/26/2023 | 84532 - 857D | NJ00.5160.0000-Computer Charg | Printed Check | 9.60 | D2 License - May | 563--Reservoir Associates LTD | |
| 05/31/2023 | 053123RESER | NJ00.1180.0000-Payroll Transf | Printed Check | 2,967.91 | FUND PAYROLL 6/2/23 | 563--Reservoir Associates LTD | |
| 06/13/2023 | 7695--VERIZON WIRELESS | | 2510 | 120.21 | 06/30/2023 | | |
| 05/30/2023 | 9933754234 | NJ00.5122.0000-Telephone | Printed Check | 120.21 | Phone service @ 185 14th Avenue 05/01---05/30/2 023 | 563--Reservoir Associates LTD | |
| 06/13/2023 | 1793--REAL PAGE INC. | | 2506 | 721.78 | 06/30/2023 | | |
| 05/17/2023 | I2305090021 | NJ00.5122.0000-Telephone | Printed Check | 100.53 | Contact Center Answer Automation | 563--Reservoir Associates LTD | |
| | | NJ00.5151.0000-Advertising | Printed Check | 30.24 | LeaseLabs Website | 563--Reservoir Associates LTD | |
| | | NJ00.5195.0000-Miscellaneous | Printed Check | 591.01 | Core Property Mngmnt Suite & Business intelli | 563--Reservoir Associates LTD | |
| 06/13/2023 | V-15053--LIndsay R. Baretz, Esq., LLC | | 2496 | 4,386.00 | 06/30/2023 | | |
| 05/16/2023 | 314 | NJ00.5153.0000-Legal Services | Printed Check | 4,386.00 | Legal processing, Correspondence, Warrant for Removal Court appearance, legal research, filing fees. | 563--Reservoir Associates LTD | |
| 06/13/2023 | 2003--TRUMPORE PLUMBING & HEATING INC | | 2508 | 2,717.50 | 06/30/2023 | | |
| 05/11/2023 | 26296 | NJ00.5323.0000-Plumbing | Printed Check | 1,270.00 | 5/9 & 5/10/23--Sewer backed-up @ 332A S. Orange Ave. | 563--Reservoir Associates LTD | |
| 05/11/2023 | 26297 | NJ00.5323.0000-Plumbing | Printed Check | 607.50 | 5/7/23--Snaked sewer lines @ 9th Avenue Building | 563--Reservoir Associates LTD | |
| 05/25/2023 | 26317 | NJ00.5323.0000-Plumbing | Printed Check | 345.00 | 5/19/23--Snake d Sewer to clear blockage @ 197 14th Avenue | 563--Reservoir Associates LTD | |
| 06/13/2023 | 26336 | NJ00.5323.0000-Plumbing | Printed Check | 495.00 | 5/19/23--Snake d Sewer to clear blockage @ 197 14th Avenue. Sewer Machine use | 563--Reservoir Associates LTD | |

**Reservoir Associates LTD**
**Check Register**

Property: 563--Reservoir Associates LTD

| Date | Vendor | | Document No | Amount | Cleared | | |
|------|--------|--|-------------|--------|---------|--|--|
| AP Invoice Date | AP Invoice No | GL account/ Account label | Method | Amount Applied | Memo | Property | Unit |
| | | | | | Material and labor | | |
| 06/13/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2500 | 40.86 | 06/30/2023 | | |
| 04/25/2023 | 66 780 461 02 | NJ00.5523.0000-Electricity | Printed Check | 40.86 | Service @ 179 14th Avenue -- 3/23--4/21/23 | 563--Reservoir Associates LTD | |
| 06/13/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2502 | 98.41 | 06/30/2023 | | |
| 04/25/2023 | 69 804 704 18 | NJ00.5523.0000-Electricity | Printed Check | 98.41 | Service @ 199 14th Ave.-- Apt. C-- 3/23--4/21/23 | 563--Reservoir Associates LTD | |
| 06/13/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2503 | 47.85 | 06/30/2023 | | |
| 04/25/2023 | 65 791 531 05 | NJ00.5523.0000-Electricity | Printed Check | 47.85 | Service @ 185 14th Avenue -- 3/23--4/21/23 | 563--Reservoir Associates LTD | |
| 06/13/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2504 | 86.10 | 06/30/2023 | | |
| 04/25/2023 | 66 410 614 18 | NJ00.5523.0000-Electricity | Printed Check | 86.10 | Service @ 340 S 9th Street -- 3/23--4/21/23 | 563--Reservoir Associates LTD | |
| 06/13/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2505 | 1,412.47 | 06/30/2023 | | |
| 04/25/2023 | 66 455 683 04 | NJ00.5523.0000-Electricity | Printed Check | 1,412.47 | Service @ 185 14th Avenue HSE-- 3/23--4/21/23 | 563--Reservoir Associates LTD | |
| 06/13/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2501 | 423.26 | 06/30/2023 | | |
| 04/25/2023 | 65 383 661 04 | NJ00.5523.0000-Electricity | Printed Check | 423.26 | Service @ 338 S 9th Street-- 3/23--4/21/23 | 563--Reservoir Associates LTD | |
| 06/13/2023 | 5343--PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | | 2499 | 70.00 | 06/30/2023 | | |
| 04/24/2023 | 3317377125 | NJ00.5124.0000-Postage | Printed Check | 35.00 | Late Fees | 563--Reservoir Associates LTD | |
| 06/13/2023 | 3317480159 | NJ00.5124.0000-Postage | Printed Check | 35.00 | Late Fees | 563--Reservoir Associates LTD | |
| 06/13/2023 | 1587--LOWES BUSINESS ACCOUNT | | 2498 | 7,624.14 | 07/31/2023 | | |
| 04/17/2023 | 61476 | NJ00.5420.0000-R & R Eligible | Printed Check | 7,624.14 | 6 fridge 5 stoves | 563--Reservoir Associates LTD | |
| 06/13/2023 | 1586--LOWES | | 2497 | 1,090.92 | 06/30/2023 | | |
| 04/11/2023 | 12936714-00 | NJ00.5350.0000-Miscellaneous | Printed Check | 1,090.92 | locks, padlock, faucet, caulk, med cabinet | 563--Reservoir Associates LTD | |
| 06/13/2023 | 12547--WESTWOOD HARDWARE | | 2511 | 223.20 | 06/30/2023 | | |
| 04/05/2023 | 25933 | NJ00.5490.0000-Other Maintena | Printed Check | 223.20 | Cylinders Rekeyed (16) | 563--Reservoir Associates LTD | |
| 06/13/2023 | 10206--GANTT PAINTING, LLC | | 2495 | 4,150.00 | 06/30/2023 | | |
| 02/21/2023 | 7379 | NJ00.5340.0000-Painting and D | Printed Check | 1,100.00 | ROOF TARP COVERING | 563--Reservoir Associates LTD | |
| 02/21/2023 | 4379 | NJ00.5340.0000-Painting and D | Printed Check | 1,100.00 | ROOF TARP COVERING UNIT 330 | 563--Reservoir Associates LTD | |
| 02/21/2023 | 4399 | NJ00.5340.0000-Painting and D | Printed Check | 1,100.00 | ROOF TARP COVERING UNIT 189 | 563--Reservoir Associates LTD | |
| 03/06/2023 | 5698 | NJ00.5340.0000-Painting and D | Printed Check | 850.00 | Apt. painting--2 bdrm.--Apt. 193C | 563--Reservoir Associates LTD | |
| 06/13/2023 | 10236--XEROGRAPHIC DOCUMENT SOLUTIONS, INC | | 2512 | 1,399.67 | 06/30/2023 | | |
| 01/05/2023 | INV160761 | NJ00.5195.0000-Miscellaneous | Printed Check | 1,399.67 | Equipment | 563--Reservoir Associates LTD | |
| 06/14/2023 | 1240--COMMUNITY REALTY MAN- | | 2494 | 8,292.61 | 06/30/2023 | | |

# Reservoir Associates LTD
## Check Register

Property: 563--Reservoir Associates LTD

| Date | Vendor | | Document No | Amount | Cleared | | |
|------|--------|--|-------------|--------|---------|--|--|
| AP Invoice Date | AP Invoice No | GL account/ Account label | Method | Amount Applied | Memo | Property | Unit |
| | AGEMENT | | | | | | |
| 06/01/2023 | 060123-MANAGEMENT | NJ00.5600.0000- Managing Agent | Printed Check | 4,316.80 | MGMT FEES MAY 2023 | 563--Reservoir Associates LTD | |
| 06/01/2023 | 060123-BOOK | NJ00.5160.0000- Computer Charg | Printed Check | 580.00 | BOOKKEEP- ING FEES JUNE 2023 | 563--Reservoir Associates LTD | |
| 06/08/2023 | POSTAGE-563-2023 | NJ00.5124.0000- Postage | Printed Check | 21.00 | | 563--Reservoir Associates LTD | |
| 06/13/2023 | MAY'23 COPIER | NJ00.5124.0000- Postage | Printed Check | 5.70 | COPIER BILLING MAY 23 | 563--Reservoir Associates LTD | |
| 06/13/2023 | FEDEX 515-530 | NJ00.5124.0000- Postage | Printed Check | 24.76 | FEDEX 5/15-5/30/2023 | 563--Reservoir Associates LTD | |
| 06/13/2023 | INDEED MAY23 | NJ00.5151.0000- Advertising | Printed Check | 114.54 | MAY '23 IN- DEED BILLING | 563--Reservoir Associates LTD | |
| 06/14/2023 | 061423RESER | NJ00.1180.0000- Payroll Transf | Printed Check | 3,229.81 | FUND PAY- ROLL 6/16/23 | 563--Reservoir Associates LTD | |
| 06/14/2023 | 3002--VERIZON | | 2509 | 273.29 | 06/30/2023 | | |
| 04/22/2023 | 853-731-898-0001-36 | NJ00.5122.0000- Telephone | Printed Check | 273.29 | Internet & Phone lines | 563--Reservoir Associates LTD | |
| 06/14/2023 | 1793--REAL PAGE INC. | | 2507 | 721.78 | 06/30/2023 | | |
| 04/19/2023 | I2304095039 | NJ00.5195.0000- Miscellaneous | Printed Check | 591.01 | Core Property Mngmnt Suite & Business intelli | 563--Reservoir Associates LTD | |
| | | NJ00.5122.0000- Telephone | Printed Check | 100.53 | Contact Center Answer Au- tomation | 563--Reservoir Associates LTD | |
| | | NJ00.5151.0000- Advertising | Printed Check | 30.24 | Leaselabs Website Essen- tials | 563--Reservoir Associates LTD | |
| 06/15/2023 | 1058--MULTI HOUSING DEPOT | | 2513 | 2,076.00 | 06/30/2023 | | |
| 06/15/2023 | 1782286RESER | NJ00.5420.0000- R & R Eligible | Printed Check | 2,076.00 | Demolition con- struction/ mixed debris | 563--Reservoir Associates LTD | |
| 06/21/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2518 | 92.55 | 06/30/2023 | | |
| 06/14/2023 | 6579153105 05242023 | NJ00.5523.0000- Electricity | Printed Check | 92.55 | Electricity | 563--Reservoir Associates LTD | |
| 06/21/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2517 | 34.80 | 06/30/2023 | | |
| 06/14/2023 | 6678046102A | NJ00.5523.0000- Electricity | Printed Check | 34.80 | Electricity | 563--Reservoir Associates LTD | |
| 06/21/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2516 | 389.28 | 06/30/2023 | | |
| 06/14/2023 | 6538366104 | NJ00.5523.0000- Electricity | Printed Check | 389.28 | Electricity | 563--Reservoir Associates LTD | |
| 06/21/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2515 | 2,054.78 | 06/30/2023 | | |
| 06/14/2023 | 6645568304A | NJ00.5523.0000- Electricity | Printed Check | 2,054.78 | Electricity | 563--Reservoir Associates LTD | |
| 06/21/2023 | 4948--WITHUMSMITH & BROWN | | 2521 | 7,488.00 | 06/30/2023 | | |
| 12/08/2022 | 972057 | NJ00.5155.0000- Auditing | Printed Check | 2,704.00 | Retro Auditing Invoice For Tax Year Ending 12/31/21 | 563--Reservoir Associates LTD | |
| 12/08/2022 | 918954 | NJ00.5155.0000- Auditing | Printed Check | 2,600.00 | Preparation for partnership in- come tax | 563--Reservoir Associates LTD | |
| | | NJ00.5155.0000- Auditing | Printed Check | 2,000.00 | Retro Auditing Invoice Tax Year Ending 12/31/21 | 563--Reservoir Associates LTD | |
| | | NJ00.5155.0000- Auditing | Printed Check | 184.00 | data securtity and technology | 563--Reservoir Associates LTD | |
| 06/21/2023 | V-15025--VERIZON | | 2520 | 550.85 | 06/30/2023 | | |
| 06/15/2023 | 853731898000136 Reservior | NJ00.5122.0000- Telephone | Printed Check | 550.85 | telephone | 563--Reservoir Associates LTD | |
| 06/21/2023 | V-15025--VERIZON | | 2519 | 302.16 | 06/30/2023 | | |

**Reservoir Associates LTD**
**Check Register**

Property: 563--Reservoir Associates LTD

| Date | Vendor | GL account/ Account label | Document No Method | Amount Amount Applied | Cleared Memo | Property | Unit |
|------|--------|---------------------------|--------------------|------------------------|--------------|----------|------|
| AP Invoice Date | AP Invoice No | | | | | | |
| 06/14/2023 | 9936127024 | NJ00.5122.0000-Telephone | Printed Check | 302.16 | | 563--Reservoir Associates LTD | |
| 06/21/2023 | 13836--APPROVED OIL CO | | 2514 | 16,029.06 | 06/30/2023 | | |
| 04/17/2023 | 00002200455 | NJ00.5525.0000-Fuel | Printed Check | 5,342.16 | 1600 GALLONS DELIVERED | 563--Reservoir Associates LTD | |
| 06/21/2023 | 00002200456 | NJ00.5525.0000-Fuel | Printed Check | 6,643.21 | oil delivery 2300 5/4/23 | 563--Reservoir Associates LTD | |
| 06/21/2023 | 00002200452 | NJ00.5525.0000-Fuel | Printed Check | 4,043.69 | oil delivery 1400 5/4/2023 | 563--Reservoir Associates LTD | |
| 06/23/2023 | 1240--COMMUNITY REALTY MANAGEMENT | | 2522 | 110.62 | 06/30/2023 | | |
| 06/12/2023 | INV1374041-PAYLOCITY-000000 | NJ00.5195.0000-Miscellaneous | Printed Check | 110.62 | PAYLOCITY MAY 1, 2023 CUSTOMER #174663 | 563--Reservoir Associates LTD | |
| 06/23/2023 | 4948--WITHUMSMITH & BROWN | | 2523 | 8,320.00 | 06/30/2023 | | |
| 12/08/2022 | 932656 | NJ00.5155.0000-Auditing | Printed Check | 8,000.00 | Retro Invoice Auditing Tax Year Ending 12/31/21 | 563--Reservoir Associates LTD | |
| | | NJ00.5155.0000-Auditing | Printed Check | 320.00 | Data Security & Technology | 563--Reservoir Associates LTD | |
| 06/28/2023 | 1240--COMMUNITY REALTY MANAGEMENT | | 2524 | 3,024.16 | 06/30/2023 | | |
| 06/28/2023 | 062823RESER | NJ00.1180.0000-Payroll Transf | Printed Check | 3,024.16 | FUND PAYROLL 6/30/23 | 563--Reservoir Associates LTD | |
| 06/28/2023 | 1263--CRM MEDICAL TRUST ACCOUNT | | 2525 | 778.56 | 06/30/2023 | | |
| 06/26/2023 | 062323RESER | NJ00.5261.0000-Employee Benef | Printed Check | 691.82 | CIGNA JUNE 2023 | 563--Reservoir Associates LTD | |
| | | NJ00.5261.0000-Employee Benef | Printed Check | 60.57 | CIGNA DENTAL | 563--Reservoir Associates LTD | |
| | | NJ00.5261.0000-Employee Benef | Printed Check | 15.84 | MUTUAL OF OMAHA | 563--Reservoir Associates LTD | |
| | | NJ00.5261.0000-Employee Benef | Printed Check | 10.33 | VSP VISION | 563--Reservoir Associates LTD | |
| 06/29/2023 | 13836--APPROVED OIL CO | | 2526 | 3,763.18 | 07/31/2023 | | |
| 06/21/2023 | 00002200450 | NJ00.5525.0000-Fuel | Printed Check | 3,763.18 | oil delivery 1300 5/5/2023 | 563--Reservoir Associates LTD | |
| 06/29/2023 | 2003--TRUMPORE PLUMBING & HEATING INC | | 2530 | 345.00 | 07/31/2023 | | |
| 06/14/2023 | 26317A | NJ00.5323.0000-Plumbing | Printed Check | 345.00 | Sewer Machine use, Material and Labor. Snaked Sewer and cleared sewer blockage; | 563--Reservoir Associates LTD | |
| 06/29/2023 | 4269--TRANSWORLD SYSTEMS | | 2529 | 138.56 | 07/31/2023 | | |
| 06/14/2023 | 455H3 0001101658A | NJ00.1420.0000-Reserve for Re | Printed Check | 138.56 | Range | 563--Reservoir Associates LTD | |
| 06/29/2023 | 12547--WESTWOOD HARDWARE | | 2531 | 223.20 | In Transit | | |
| 06/14/2023 | 25933A | NJ00.5490.0000-Other Maintena | Printed Check | 223.20 | Cylinders ReKeyed | 563--Reservoir Associates LTD | |
| 06/29/2023 | V-15053--LIndsay R. Baretz, Esq., LLC | | 2528 | 1,816.40 | 07/31/2023 | | |
| 06/07/2023 | 321 | NJ00.5153.0000-Legal Services | Printed Check | 1,816.40 | Dismissal ltr., Order show cause, ltr. to court, court appearance, | 563--Reservoir Associates LTD | |
| 06/29/2023 | 10206--GANTT PAINTING, LLC | | 2527 | 3,650.00 | 07/31/2023 | | |
| 04/17/2023 | 5692 | NJ00.5490.0000-Other Maintena | Printed Check | 850.00 | 191c vacant | 563--Reservoir Associates LTD | |
| 04/10/2023 | 0853 | NJ00.5490.0000-Other Maintena | Printed Check | 1,100.00 | 338 s9th cover the roof with waterproof cover | 563--Reservoir Associates LTD | |

**Reservoir Associates LTD**
**Check Register**

Property: 563--Reservoir Associates LTD

| Date | Vendor | GL account/ Account label | Document No | Amount | Cleared | | |
|------|--------|---------------------------|-------------|--------|---------|---|---|
| AP Invoice Date | AP Invoice No | | Method | Amount Applied | Memo | Property | Unit |
| 04/10/2023 | 9853 | NJ00.5420.0000- -R & R Eligible | Printed Check | 1,700.00 | 197B vacant unit painted, 332D vacant unit painted | 563--Reservoir Associates LTD | |
| 07/05/2023 | 1682--NJ HOUSING & MORTGAGE FINANCE AGENCY | | 2532 | 24,642.00 | 07/31/2023 | | |
| 06/01/2023 | 060123-RES | NJ00.1420.0000- -Reserve for Re | Printed Check | 9,133.00 | R&R HMFA #554 | 563--Reservoir Associates LTD | |
| | | NJ00.1410.0000- -Real Estate Ta | Printed Check | 15,509.00 | REAL ESTATE TAX HMFA#544 | 563--Reservoir Associates LTD | |
| 07/05/2023 | 1682--NJ HOUSING & MORTGAGE FINANCE AGENCY | | 2533 | 24,642.00 | 07/31/2023 | | |
| 05/01/2023 | 050123-RES | NJ00.1420.0000- -Reserve for Re | Printed Check | 9,133.00 | R&R HMFA #554 | 563--Reservoir Associates LTD | |
| | | NJ00.1410.0000- -Real Estate Ta | Printed Check | 15,509.00 | REAL ESTATE TAX HMFA#544 | 563--Reservoir Associates LTD | |
| 07/10/2023 | V-5088--TRASHPRO | | 2540 | 90.00 | 07/31/2023 | | |
| 07/10/2023 | C12328 | NJ00.5426.0000- -Trash Rubbish | Printed Check | 30.00 | Trash Removal - | 563--Reservoir Associates LTD | |
| 07/10/2023 | C11948 | NJ00.5426.0000- -Trash Rubbish | Printed Check | 30.00 | | 563--Reservoir Associates LTD | |
| 07/10/2023 | C12589A | NJ00.5426.0000- -Trash Rubbish | Printed Check | 30.00 | Trash Removal | 563--Reservoir Associates LTD | |
| 07/10/2023 | 6271--TRASHPRO | | 2541 | 30.00 | 07/31/2023 | | |
| 07/01/2023 | C13165 | NJ00.5426.0000- -Trash Rubbish | Printed Check | 30.00 | Managed Services July 23 | 563--Reservoir Associates LTD | |
| 07/10/2023 | 1240--COMMUNITY REALTY MANAGEMENT | | 2535 | 4,896.80 | 07/31/2023 | | |
| 07/03/2023 | 070123-MANAGEMENT | NJ00.5600.0000- -Managing Agent | Printed Check | 4,316.80 | MGMT FEES JUNE 2023 | 563--Reservoir Associates LTD | |
| 07/01/2023 | 070123-BOOK | NJ00.5160.0000- -Computer Charg | Printed Check | 580.00 | BOOKKEEPING FEES JULY 2023 | 563--Reservoir Associates LTD | |
| 07/10/2023 | REIM444992823--BROWN, TASHEEMA | | 2534 | 3.00 | In Transit | | |
| 05/01/2023 | 154-43-10680313-165 | NJ00.2180.0000- -Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-197A | 563--Reservoir Associates LTD | |
| 06/01/2023 | 154-43-10823326-171 | NJ00.2180.0000- -Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-197A | 563--Reservoir Associates LTD | |
| 07/01/2023 | 154-43-11057367-177 | NJ00.2180.0000- -Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-197A | 563--Reservoir Associates LTD | |
| 07/10/2023 | REIM444992827--KING, BRENDA | | 2536 | 3.00 | In Transit | | |
| 05/01/2023 | 40-43-10680313-162 | NJ00.2180.0000- -Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-193A | 563--Reservoir Associates LTD | |
| 06/01/2023 | 40-43-10823326-168 | NJ00.2180.0000- -Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-193A | 563--Reservoir Associates LTD | |
| 07/01/2023 | 40-43-11057367-174 | NJ00.2180.0000- -Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-193A | 563--Reservoir Associates LTD | |

**Reservoir Associates LTD**
**Check Register**

Property: 563--Reservoir Associates LTD

| Date | Vendor | | Document No | Amount | Cleared | | |
|---|---|---|---|---|---|---|---|
| AP Invoice Date | AP Invoice No | GL account/ Account label | Method | Amount Applied | Memo | Property | Unit |
| 07/10/2023 | REIM444992821--Valentine, Priscilla | | 2542 | 3.00 | In Transit | | |
| 05/01/2023 | 235-43-10680313-167 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 1--342 | 563--Reservoir Associates LTD | |
| 06/01/2023 | 235-43-10823326-173 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 1--342 | 563--Reservoir Associates LTD | |
| 07/01/2023 | 235-43-11057367-179 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 1--342 | 563--Reservoir Associates LTD | |
| 07/10/2023 | REIM444992831--MOULTRIE, SABORAH | | 2539 | 3.00 | In Transit | | |
| 05/01/2023 | 84-43-10680313-163 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-189B | 563--Reservoir Associates LTD | |
| 06/01/2023 | 84-43-10823326-169 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-189B | 563--Reservoir Associates LTD | |
| 07/01/2023 | 84-43-11057367-175 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-189B | 563--Reservoir Associates LTD | |
| 07/10/2023 | REIM444992818--WASHINGTON, SARA | | 2543 | 3.00 | In Transit | | |
| 05/01/2023 | 90-43-10680313-164 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 1-332E | 563--Reservoir Associates LTD | |
| 06/01/2023 | 90-43-10823326-170 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 1-332E | 563--Reservoir Associates LTD | |
| 07/01/2023 | 90-43-11057367-176 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 1-332E | 563--Reservoir Associates LTD | |
| 07/10/2023 | REIM44499283--MOORE, SHANIYAH | | 2538 | 3.00 | In Transit | | |
| 05/01/2023 | 166-43-10680313-166 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-197C | 563--Reservoir Associates LTD | |
| 06/01/2023 | 166-43-10823326-172 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-197C | 563--Reservoir Associates LTD | |
| 07/01/2023 | 166-43-11057367-178 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-197C | 563--Reservoir Associates LTD | |
| 07/11/2023 | 11194--LOWE'S PRO SUPPLY | | 2537 | 7,624.14 | 07/31/2023 | | |

Property: 563--Reservoir Associates LTD

# Reservoir Associates LTD
## Check Register

| Date | Vendor | GL account/ Account label | Document No / Method | Amount Amount Applied | Cleared Memo | Property | Unit |
|------|--------|---------------------------|---------------------|----------------------|--------------|----------|------|
| AP Invoice Date | AP Invoice No | | | | | | |
| 07/11/2023 | 61476.2 | NJ00.5420.0000-R & R Eligible | Printed Check | 7,624.14 | 6 fridge 5 stoves | 563--Reservoir Associates LTD | |
| 07/11/2023 | 1587--LOWES BUSINESS ACCOUNT | | Voided - 2498 | (7,624.14) | 07/31/2023 | | |
| 04/17/2023 | 61476 | NJ00.5420.0000-R & R Eligible | Printed Check | (7,624.14) | 6 fridge 5 stoves | 563--Reservoir Associates LTD | |
| 07/12/2023 | 1240--COMMUNITY REALTY MANAGEMENT | | 2544 | 3,587.50 | 07/31/2023 | | |
| 07/12/2023 | 071223reser | NJ00.1180.0000-Payroll Transf | Printed Check | 3,587.50 | FUND PAYROLL 7/14/23 | 563--Reservoir Associates LTD | |
| 07/12/2023 | 1250--CORBETT EXTERMINATING | | 2545 | 1,696.00 | 07/31/2023 | | |
| 07/03/2023 | 0546296IN-1 | NJ00.5460.0000-Exterminating | Printed Check | 60.00 | Inspect & Rebait Exterior Rodent Stations | 563--Reservoir Associates LTD | |
| | | NJ00.5460.0000-Exterminating | Printed Check | 364.00 | Monthly CEMIT Treatment | 563--Reservoir Associates LTD | |
| 07/03/2023 | 0547415IN2 | NJ00.5460.0000-Exterminating | Printed Check | 60.00 | Inspect & Rebait Exterior Rodent Stations | 563--Reservoir Associates LTD | |
| | | NJ00.5460.0000-Exterminating | Printed Check | 364.00 | Monthly CEMIT Treatment | 563--Reservoir Associates LTD | |
| 07/03/2023 | 0549124IN3 | NJ00.5460.0000-Exterminating | Printed Check | 364.00 | Monthly CEMIT Treatment | 563--Reservoir Associates LTD | |
| | | NJ00.5460.0000-Exterminating | Printed Check | 60.00 | Inspect & Rebait Exterior Rodent Stations | 563--Reservoir Associates LTD | |
| 07/03/2023 | 0550059IN4 | 00.5460.0000-NJ-Exterminating | Printed Check | 60.00 | Inspect & Rebait Exterior Rodent Stations | 563--Reservoir Associates LTD | |
| | | NJ00.5460.0000-Exterminating | Printed Check | 364.00 | Monthly CEMIT Treatment | 563--Reservoir Associates LTD | |
| 07/12/2023 | 11308--L&M DISPOSAL LLC | | 2546 | 3,163.70 | 07/31/2023 | | |
| 06/16/2023 | 68729 | NJ00.5426.0000-Trash Rubbish | Printed Check | 535.00 | Commercial Refuse--30 Yd container | 563--Reservoir Associates LTD | |
| 07/05/2023 | 66377 | NJ00.5426.0000-Trash Rubbish | Printed Check | 25.00 | Fuel Surcharge | 563--Reservoir Associates LTD | |
| | | NJ00.5426.0000-Trash Rubbish | Printed Check | 518.70 | Overweight Charge | 563--Reservoir Associates LTD | |
| | | NJ00.5426.0000-Trash Rubbish | Printed Check | 495.00 | Demolition Construction/ Mixed Debris | 563--Reservoir Associates LTD | |
| 07/05/2023 | 67364 | NJ00.5426.0000-Trash Rubbish | Printed Check | 510.00 | Commerical Refuse | 563--Reservoir Associates LTD | |
| | | NJ00.5426.0000-Trash Rubbish | Printed Check | 25.00 | Fuel Surcharge | 563--Reservoir Associates LTD | |
| 07/05/2023 | 68164 | NJ00.5426.0000-Trash Rubbish | Printed Check | 510.00 | Commerical Refuse | 563--Reservoir Associates LTD | |
| | | NJ00.5426.0000-Trash Rubbish | Printed Check | 25.00 | Fuel Surcharge | 563--Reservoir Associates LTD | |
| 07/05/2023 | 66803 | NJ00.5426.0000-Trash Rubbish | Printed Check | 25.00 | Fuel Surcharge | 563--Reservoir Associates LTD | |
| | | NJ00.5426.0000-Trash Rubbish | Printed Check | 495.00 | Demolition Construction/ Mixed Debris | 563--Reservoir Associates LTD | |
| 07/17/2023 | 10206--GANTT PAINTING, LLC | | 2548 | 1,550.00 | 07/31/2023 | | |
| 04/11/2023 | 5951 | NJ00.5420.0000-R & R Eligible | Printed Check | 1,550.00 | 332e vacant unit painted 199b vacant unit painted | 563--Reservoir Associates LTD | |
| 07/17/2023 | 2003--TRUMPORE PLUMBING & HEATING INC | | Voided - 2530 | (345.00) | 07/31/2023 | | |
| 06/14/2023 | 26317A | NJ00.5323.0000-Plumbing | Printed Check | (345.00) | Sewer Machine use, Material and Labor. Snaked Sewer and cleared blockage; | 563--Reservoir Associates LTD | |

**Reservoir Associates LTD**
**Check Register**

Property: 563--Reservoir Associates LTD

| Date | Vendor | | Document No | | Amount | Cleared | | |
|------|--------|---|-------------|---|--------|---------|---|---|
| AP Invoice Date | AP Invoice No | GL account/ Account label | Method | | Amount Applied | Memo | Property | Unit |
| 07/18/2023 | 1240--COMMUNITY REALTY MANAGEMENT | | 2547 | | 390.55 | 07/31/2023 | | |
| 07/13/2023 | POSTAGE-JUNE-563 | NJ00.5124.0000-Postage | Printed Check | | 16.20 | POSTAGE BILLING JUNE 1, 2023 TO JUNE 30, 2023 | 563--Reservoir Associates LTD | |
| 07/14/2023 | 84469 - 3/21 - 5/20/23 - 563 | NJ00.5160.0000-Computer Charg | Printed Check | | 51.17 | D2 Addt'l email security - 3/21-5/20/23 | 563--Reservoir Associates LTD | |
| 07/17/2023 | INDEED-JUNE23-RESV | NJ00.5151.0000-Advertising | Printed Check | | 300.00 | INDEED JUNE 1-JULY 7,2023 | 563--Reservoir Associates LTD | |
| 07/17/2023 | FEDEX-6/26-7/3/23 | NJ00.5124.0000-Postage | Printed Check | | 23.18 | FEDEX 6/26/23-7/3/23 | 563--Reservoir Associates LTD | |
| 07/21/2023 | 14278--DAN MARC INC. | | 2549 | | 138.56 | 07/31/2023 | | |
| 07/21/2023 | 455H3 0001101658A. | NJ00.5420.0000-R & R Eligible | Printed Check | | 138.56 | Range | 563--Reservoir Associates LTD | |
| 07/21/2023 | 4269--TRANSWORLD SYSTEMS | | Voided - 2529 | | (138.56) | 07/31/2023 | | |
| 06/14/2023 | 455H3 0001101658A | NJ00.1420.0000-Reserve for Re | Printed Check | | (138.56) | Range | 563--Reservoir Associates LTD | |
| 07/26/2023 | 1240--COMMUNITY REALTY MANAGEMENT | | 2550 | | 3,102.35 | 07/31/2023 | | |
| 07/26/2023 | 072623RESER | NJ00.1180.0000-Payroll Transf | Printed Check | | 3,102.35 | FUND PAYROLL 7/28/23 | 563--Reservoir Associates LTD | |
| 07/26/2023 | 1263--CRM MEDICAL TRUST ACCOUNT | | 2551 | | 793.50 | 07/31/2023 | | |
| 07/25/2023 | 072523RESEV | NJ00.5261.0000-Employee Benef | Printed Check | | 742.02 | CIGNA JULY 2023 | 563--Reservoir Associates LTD | |
| | | NJ00.5261.0000-Employee Benef | Printed Check | | 10.33 | VSP VISION | 563--Reservoir Associates LTD | |
| | | NJ00.5261.0000-Employee Benef | Printed Check | | 18.81 | MUTUAL OF OMAHA | 563--Reservoir Associates LTD | |
| | | NJ00.5261.0000-Employee Benef | Printed Check | | 22.34 | CIGNA DENTAL | 563--Reservoir Associates LTD | |
| 07/26/2023 | 12668--DII COMPUTERS, INC. | | 2552 | | 150.00 | In Transit | | |
| 07/25/2023 | 84154 | NJ00.5160.0000-Computer Charg | Printed Check | | 90.00 | | 563--Reservoir Associates LTD | |
| 07/25/2023 | 84428 | NJ00.5160.0000-Computer Charg | Printed Check | | 60.00 | | 563--Reservoir Associates LTD | |
| 07/27/2023 | 3573--CONNER STRONG & BUCKELEW COMPANIES, INC. | | 2553 | | 3,701.00 | 07/31/2023 | | |
| 07/27/2023 | 072723RESER | NJ00.5263.0000-Workmen's Comp | Printed Check | | 3,701.00 | WC 23-24 | 563--Reservoir Associates LTD | |
| 07/27/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2557 | | 12.69 | 07/31/2023 | | |
| 07/24/2023 | 6579153105 7/24/2023 | NJ00.5324.0000-Electrical | Printed Check | | 12.69 | | 563--Reservoir Associates LTD | |
| 07/27/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2556 | | 8.40 | 07/31/2023 | | |
| 07/24/2023 | 6678046102 7/24/2023 | NJ00.5324.0000-Electrical | Printed Check | | 8.40 | | 563--Reservoir Associates LTD | |
| 07/27/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2558 | | 16.27 | 07/31/2023 | | |
| 07/24/2023 | 698047041807/24/2023 | NJ00.5324.0000-Electrical | Printed Check | | 16.27 | | 563--Reservoir Associates LTD | |
| 07/27/2023 | 1793--REAL PAGE INC. | | 2559 | | 721.78 | 07/31/2023 | | |
| 07/24/2023 | I2306097045 | NJ00.5195.0000-Miscellaneous | Printed Check | | 721.78 | | 563--Reservoir Associates LTD | |
| 07/27/2023 | 2022--VERIZON | | 2560 | | 464.13 | In Transit | | |
| 07/24/2023 | 85373189800136 7/24/2023 | NJ00.5122.0000-Telephone | Printed Check | | 464.13 | | 563--Reservoir Associates LTD | |
| 07/27/2023 | 1682--NJ HOUSING & MORTGAGE FINANCE AGENCY | | 2555 | | 24,642.00 | In Transit | | |
| 07/05/2023 | 070523-RES | NJ00.1410.0000-Real Estate Ta | Printed Check | | 15,509.00 | REAL ESTATE TAX HMFA#544 | 563--Reservoir Associates LTD | |
| | | NJ00.1420.0000-Reserve for Re | Printed Check | | 9,133.00 | R&R HMFA #554 | 563--Reservoir Associates LTD | |

Property: 563--Reservoir Associates LTD

# Reservoir Associates LTD
## Check Register

| Date | Vendor | | Document No | Amount | Cleared | | |
|------|--------|--|-------------|--------|---------|--|--|
| AP Invoice Date | AP Invoice No | GL account/ Account label | Method | Amount Applied | Memo | Property | Unit |
| 07/27/2023 | 11308--L&M DISPOSAL LLC | | 2554 | 535.00 | In Transit | | |
| 07/25/2023 | 69574 | NJ00.5426.0000-Trash Rubbish | Printed Check | 535.00 | | 563--Reservoir Associates LTD | |
| 07/31/2023 | 1240--COMMUNITY REALTY MANAGEMENT | | 2561 | 36.60 | In Transit | | |
| 07/31/2023 | 84672 - 563D | NJ00.5160.0000-Computer Charg | Printed Check | 27.00 | D2 Device - Jun | 563--Reservoir Associates LTD | |
| 07/31/2023 | 84672 - 885D | NJ00.5160.0000-Computer Charg | Printed Check | 9.60 | D2 License - Jun | 563--Reservoir Associates LTD | |
| 07/31/2023 | 6605--EHRLICH, PETRIELLO, GUDIN & PLAZA | | 2563 | 375.00 | In Transit | | |
| 07/25/2023 | 212096 | NJ00.5153.0000-Legal Services | Printed Check | 375.00 | | 563--Reservoir Associates LTD | |
| 07/31/2023 | 1586--LOWES | | 2565 | 405.41 | In Transit | | |
| 07/24/2023 | 13466387-00 | NJ00.5350.0000-Miscellaneous | Printed Check | 405.41 | | 563--Reservoir Associates LTD | |
| 07/31/2023 | 1754--PITNEY BOWES | | 2566 | 283.25 | In Transit | | |
| 07/24/2023 | 795647-1 | NJ00.5124.0000-Postage | Printed Check | 283.25 | | 563--Reservoir Associates LTD | |
| 07/31/2023 | 9458--LOWE'S PRO SUPPLY | | 2564 | 405.41 | In Transit | | |
| 07/13/2023 | 13466387 | NJ00.5340.0000-Painting and D | Printed Check | 101.25 | | 563--Reservoir Associates LTD | |
| | | NJ00.5350.0000-Miscellaneous | Printed Check | 304.16 | Janitoral Supplies | 563--Reservoir Associates LTD | |
| 07/31/2023 | 6271--TRASHPRO | | 2567 | 60.00 | In Transit | | |
| 07/31/2023 | C12801 | NJ00.5426.0000-Trash Rubbish | Printed Check | 30.00 | | 563--Reservoir Associates LTD | |
| 07/31/2023 | C13430 | NJ00.5426.0000-Trash Rubbish | Printed Check | 30.00 | | 563--Reservoir Associates LTD | |
| 07/31/2023 | 12668--DII COMPUTERS, INC. | | 2562 | 9.60 | In Transit | | |
| 05/22/2023 | 84324 - 885Dev | NJ00.5160.0000-Computer Charg | Printed Check | 9.60 | D2 License - Apr | 563--Reservoir Associates LTD | |
| 08/03/2023 | 1682--NJ HOUSING & MORTGAGE FINANCE AGENCY | | 2569 | 24,642.00 | In Transit | | |
| 08/03/2023 | 080323RES | NJ00.1420.0000-Reserve for Re | Printed Check | 9,133.00 | R&R HMFA #554 | 563--Reservoir Associates LTD | |
| | | NJ00.1410.0000-Real Estate Ta | Printed Check | 15,509.00 | REAL ESTATE TAX HMFA#544 | 563--Reservoir Associates LTD | |
| 08/03/2023 | 1240--COMMUNITY REALTY MANAGEMENT | | 2568 | 4,967.69 | In Transit | | |
| 08/01/2023 | 84916 - 563D | NJ00.5195.0000-Miscellaneous | Printed Check | 27.00 | D2 Device - Jul | 563--Reservoir Associates LTD | |
| 08/01/2023 | 84916 - 870D | PHFA.6311.0000--Office Expense | Printed Check | 9.60 | D2 License - Jul | 563--Reservoir Associates LTD | |
| 08/01/2023 | 080123-MANAGEMENT | NJ00.5600.0000-Managing Agent | Printed Check | 4,316.80 | MGMT FEES JULY 2023 | 563--Reservoir Associates LTD | |
| 08/02/2023 | FXJUL23-ALL | NJ00.5124.0000-Postage | Printed Check | 30.89 | FED EX 7/10/23 TO 7/17/23 | 563--Reservoir Associates LTD | |
| 08/02/2023 | COPIERJUL23-ALL | NJ00.5195.0000-Miscellaneous | Printed Check | 3.40 | COPIER BILLING 07/2023 | 563--Reservoir Associates LTD | |
| 08/03/2023 | 080323-BOOK | NJ00.5160.0000-Computer Charg | Printed Check | 580.00 | BOOKKEEPING FEES AUG 2023 | 563--Reservoir Associates LTD | |
| 08/07/2023 | REIM444992821--Valentine, Priscilla | | 2584 | 1.00 | In Transit | | |
| 08/01/2023 | 235-43-11193904-186 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 1--342 | 563--Reservoir Associates LTD | |
| 08/07/2023 | REIM444992827--KING, BRENDA | | 2581 | 1.00 | In Transit | | |
| 08/01/2023 | 40-43-11193904-181 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-193A | 563--Reservoir Associates LTD | |

Property: 563--Reservoir Associates LTD

# Reservoir Associates LTD
## Check Register

| Date | Vendor | | Document No | Amount | Cleared | | |
|------|--------|--|-------------|--------|---------|--|--|
| AP Invoice Date | AP Invoice No | GL account/ Account label | Method | Amount Applied | Memo | Property | Unit |
| 08/07/2023 | REIM44499283--MOORE, SHANIYAH | | 2582 | 1.00 | In Transit | | |
| 08/01/2023 | 166-43-11193904-185 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-197C | 563--Reservoir Associates LTD | |
| 08/07/2023 | REIM444992831--MOULTRIE, SABORAH | | 2583 | 1.00 | In Transit | | |
| 08/01/2023 | 84-43-11193904-182 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-189B | 563--Reservoir Associates LTD | |
| 08/07/2023 | REIM444992818--WASHINGTON, SARA | | 2585 | 10.00 | In Transit | | |
| 08/01/2023 | 90-43-11193904-183 | NJ00.2180.0000-Utility Allowa | Printed Check | 10.00 | Utility Allowance Reimbursement Bldg N/A - Unit 1-332E | 563--Reservoir Associates LTD | |
| 08/07/2023 | REIM444992823--BROWN, TASHEEMA | | 2580 | 1.00 | In Transit | | |
| 08/01/2023 | 154-43-11193904-184 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit 3-197A | 563--Reservoir Associates LTD | |
| 08/07/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2573 | 390.95 | In Transit | | |
| 08/04/2023 | 6538366104 06252023 | NJ00.5324.0000-Electrical | Printed Check | 390.95 | Electric | 563--Reservoir Associates LTD | |
| 08/07/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2575 | 219.83 | In Transit | | |
| 08/04/2023 | 6980470418 06252023 (2) | NJ00.5324.0000-Electrical | Printed Check | 219.83 | Electric | 563--Reservoir Associates LTD | |
| 08/07/2023 | 1793--REAL PAGE INC. | | 2578 | 721.78 | In Transit | | |
| 08/04/2023 | 12307101085 | NJ00.5195.0000-Miscellaneous | Printed Check | 721.78 | Misc Expense | 563--Reservoir Associates LTD | |
| 08/07/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2574 | 33.24 | In Transit | | |
| 08/04/2023 | 6579153105 07252023 | NJ00.5324.0000-Electrical | Printed Check | 33.24 | Electric | 563--Reservoir Associates LTD | |
| 08/07/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2577 | 72.96 | In Transit | | |
| 08/04/2023 | 6641061418 07252023 (1) | NJ00.5324.0000-Electrical | Printed Check | 72.96 | Electric | 563--Reservoir Associates LTD | |
| 08/07/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2572 | 43.29 | In Transit | | |
| 08/04/2023 | 6678046102 07252023 | NJ00.5324.0000-Electrical | Printed Check | 43.29 | Electric | 563--Reservoir Associates LTD | |
| 08/07/2023 | 1778--PUBLIC SERVICE ELECTRIC AND GAS CO. | | 2576 | 41.40 | In Transit | | |
| 08/04/2023 | 6645568304 06252023 | NJ00.5324.0000-Electrical | Printed Check | 41.40 | Electric | 563--Reservoir Associates LTD | |
| 08/07/2023 | V-15025--VERIZON | | 2579 | 225.03 | In Transit | | |
| 08/04/2023 | 853 731 898 0001 36 (1) | NJ00.5122.0000-Telephone | Printed Check | 225.03 | Telephone | 563--Reservoir Associates LTD | |
| 08/07/2023 | 1586--LOWES | | 2571 | 587.48 | In Transit | | |
| 08/04/2023 | 13566781 01 | NJ00.5350.0000-Miscellaneous | Printed Check | 70.30 | misc supplies | 563--Reservoir Associates LTD | |
| 08/04/2023 | 13466387 01 | NJ00.5350.0000-Miscellaneous | Printed Check | 10.75 | Misc Supplies | 563--Reservoir Associates LTD | |
| 08/04/2023 | 13566781 03 | NJ00.5350.0000-Miscellaneous | Printed Check | 14.59 | Misc Supplies | 563--Reservoir Associates LTD | |
| 08/04/2023 | 13566781 00 | NJ00.5323.0000-Plumbing | Printed Check | 122.46 | Plumbing | 563--Reservoir Associates LTD | |
| | | NJ00.5340.0000-Printed Check | | 74.80 | Paint | 563--Reservoir | |

**Reservoir Associates LTD**
**Check Register**

Property: 563--Reservoir Associates LTD

| Date | Vendor | | Document No | Amount | Cleared | | |
|---|---|---|---|---|---|---|---|
| AP Invoice Date | AP Invoice No | GL account/ Account label | Method | Amount Applied | Memo | Property | Unit |
| | | -Painting and D | | | | Associates LTD | |
| | | NJ00.5345.0000- -Hardware Suppl | Printed Check | 86.42 | Hardware | 563--Reservoir Associates LTD | |
| | | NJ00.5342.0000- -Janitorial Sup | Printed Check | 197.41 | Janitorial Supplies | 563--Reservoir Associates LTD | |
| 08/04/2023 | 13566781 02 | NJ00.5350.0000- -Miscellaneous | Printed Check | 10.75 | Misc Supplies | 563--Reservoir Associates LTD | |
| 08/07/2023 | V-15053--LIndsay R. Baretz, Esq., LLC | | 2570 | 910.00 | In Transit | | |
| 07/31/2023 | 320 | NJ00.5153.0000- -Legal Services | Printed Check | 910.00 | | 563--Reservoir Associates LTD | |
| 08/09/2023 | 1240--COMMUNITY REALTY MANAGEMENT | | 2587 | 6,304.01 | In Transit | | |
| 08/09/2023 | 080923RESER | NJ00.1180.0000- -Payroll Transf | Printed Check | 6,304.01 | FUND PAYROLL 8/11/23 | 563--Reservoir Associates LTD | |
| 08/09/2023 | 2003--TRUMPORE PLUMBING & HEATING INC | | 2588 | 2,580.00 | In Transit | | |
| 08/04/2023 | 26420AB | NJ00.5323.0000- -Plumbing | Printed Check | 200.00 | Plumbing Material | 563--Reservoir Associates LTD | |
| | | NJ00.5323.0000- -Plumbing | Printed Check | 450.00 | Labor | 563--Reservoir Associates LTD | |
| 08/04/2023 | 26445AB | NJ00.5323.0000- -Plumbing | Printed Check | 675.00 | Labor | 563--Reservoir Associates LTD | |
| | | NJ00.5323.0000- -Plumbing | Printed Check | 85.00 | Material - Flapper Tank Ball, 4"PVC Pipe, 4" no hub couplings | 563--Reservoir Associates LTD | |
| 08/04/2023 | 26452AB | NJ00.5323.0000- -Plumbing | Printed Check | 450.00 | Labor | 563--Reservoir Associates LTD | |
| | | NJ00.5323.0000- -Plumbing | Printed Check | 45.00 | Material Snaked out main sewer stoppage. | 563--Reservoir Associates LTD | |
| 08/04/2023 | 26451AB | NJ00.5323.0000- -Plumbing | Printed Check | 113.00 | Material - Korky Flapper, wax Seal, Toilet Supply | 563--Reservoir Associates LTD | |
| | | NJ00.5323.0000- -Plumbing | Printed Check | 562.00 | Labor | 563--Reservoir Associates LTD | |
| 08/09/2023 | 5917--CITY FIRE EQUIPMENT COMPANY | | 2586 | 2,360.00 | In Transit | | |
| 04/14/2023 | 240800 | NJ00.5490.0000- -Other Maintena | Printed Check | 2,360.00 | Annual Maintenance Fire Alarm System & Smoke Detector, Heat Detector & Pull Station Inspect. | 563--Reservoir Associates LTD | |
| 08/10/2023 | 12033--CRM HRA ACCOUNT | | 2589 | 21.86 | In Transit | | |
| 08/09/2023 | 5/6/7CLARITYNJ | NJ00.5195.0000- -Miscellaneous | Printed Check | 6.10 | CLARITY MAY23 | 563--Reservoir Associates LTD | |
| | | NJ00.5195.0000- -Miscellaneous | Printed Check | 6.31 | CLARITY JUN23 | 563--Reservoir Associates LTD | |
| | | NJ00.5195.0000- -Miscellaneous | Printed Check | 9.45 | CLARITY JUL23 | 563--Reservoir Associates LTD | |
| 08/17/2023 | 14317--DMR SERVICES, LLC. | | 2590 | 9,740.00 | In Transit | | |
| 08/17/2023 | QUOTE # 10994 | NJ00.5490.0000- -Other Maintena | Printed Check | 9,740.00 | REPAIR OF NON WORKING FURNACE AFTER HOURS | 563--Reservoir Associates LTD | |
| 08/21/2023 | REIM444992831--MOULTRIE, SABORAH | | 2603 | 1.00 | In Transit | | |
| 01/17/2023 | 84-43-10032211-139 | NJ00.2180.0000- -Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit | 563--Reservoir Associates LTD | |

# Reservoir Associates LTD
## Check Register

Property: 563--Reservoir Associates LTD

| Date | Vendor | | Document No | Amount | Cleared | | |
|---|---|---|---|---|---|---|---|
| AP Invoice Date | AP Invoice No | GL account/ Account label | Method | Amount Applied | Memo | Property | Unit |
| 08/21/2023 | REIM44499283--MOORE, SHANIYAH | | 2602 | 1.00 | 3-189B In Transit | | |
| 01/17/2023 | 166-43-10032211-140 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit | 563--Reservoir Associates LTD | |
| 08/21/2023 | REIM444992818--WASHINGTON, SARA | | 2601 | 9.00 | 3-197C In Transit | | |
| 07/01/2023 | 90-43-11141473-180 | NJ00.2180.0000-Utility Allowa | Printed Check | 9.00 | Utility Allowance Reimbursement Bldg N/A - Unit | 563--Reservoir Associates LTD | |
| 08/21/2023 | TEMP444992833--SWEPSON, ASHLEY | | 2599 | 1,000.00 | 1-332E In Transit | | |
| 02/27/2023 | 132-30-10313604-149 | NJ00.2190.0100-Security Depos | Printed Check | 1,000.00 | Deposit Refund Bldg N/A - Unit | 563--Reservoir Associates LTD | |
| 08/21/2023 | TEMP444992832--MANUEL, TIFFANY | | 2596 | 298.00 | 3-193B In Transit | | |
| 01/31/2023 | 69-30-10144097-142 | NJ00.2190.0100-Security Depos | Printed Check | 298.00 | Deposit Refund Bldg N/A - Unit | 563--Reservoir Associates LTD | |
| 08/21/2023 | REIM444992821--Valentine, Priscilla | | 2600 | 1.00 | 3-191C In Transit | | |
| 01/17/2023 | 235-43-10032211-141 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit | 563--Reservoir Associates LTD | |
| 08/21/2023 | REIM444992827--KING, BRENDA | | 2595 | 1.00 | 1--342 In Transit | | |
| 01/17/2023 | 40-43-10032211-138 | NJ00.2180.0000-Utility Allowa | Printed Check | 1.00 | Utility Allowance Reimbursement Bldg N/A - Unit | 563--Reservoir Associates LTD | |
| 08/21/2023 | TEMP444992830--Rogers, Taheeda | | 2598 | 35.00 | 3-193A In Transit | | |
| 06/13/2022 | 102-30-8791596-100 | NJ00.2190.0100-Security Depos | Printed Check | 35.00 | Deposit Refund Bldg N/A - Unit | 563--Reservoir Associates LTD | |
| 08/21/2023 | TEMP444992829--ROGERS, JALISSA | | 2597 | 546.40 | 3-193C In Transit | | |
| 06/01/2022 | 17-30-8730565-94 | NJ00.2190.0100-Security Depos | Printed Check | 546.40 | Deposit Refund Bldg N/A - Unit | 563--Reservoir Associates LTD | |
| 08/21/2023 | REIM444992815--BLANDING, PIA | | 2594 | 7.00 | 2-342D In Transit | | |
| 01/01/2022 | 73-43-7882997-45 | NJ00.2180.0000-Utility Allowa | Printed Check | 7.00 | Utility Allowance Reimbursement Bldg N/A - Unit | 563--Reservoir Associates LTD | |
| 08/21/2023 | REIM444992815--BLANDING, PIA | | 2593 | 21.00 | 2--338 In Transit | | |
| 12/01/2021 | 73-43-7785361-44 | NJ00.2180.0000-Utility Allowa | Printed Check | 21.00 | Utility Allowance Reimbursement Bldg N/A - Unit | 563--Reservoir Associates LTD | |
| 08/21/2023 | 11228--CITY OF NEWARK | | 2592 | 3,667.01 | 2--338 In Transit | | |
| 08/14/2023 | 051523 060523AB | NJ00.5521.0000-Water | Printed Check | 1,510.89 | Water | 563--Reservoir Associates LTD | |
| | | NJ00.5522.0000-Sewer | Printed Check | 320.52 | Sewer | 563--Reservoir Associates LTD | |
| | | NJ00.5521.0000-Water | Printed Check | 1,835.60 | Water | 563--Reservoir Associates LTD | |
| 08/21/2023 | 11228--CITY OF NEWARK | | 2591 | 9,038.11 | In Transit | | |
| 08/14/2023 | 02022023 031023 | NJ00.5522.0000-Sewer | Printed Check | 4.86 | Sewer | 563--Reservoir Associates LTD | |

Property: 563--Reservoir Associates LTD

# Reservoir Associates LTD
## Check Register

| Date | Vendor | | Document No | Amount | Cleared | | |
|------|--------|--|-------------|--------|---------|--|--|
| AP Invoice Date | AP Invoice No | GL account/ Account label | Method | Amount Applied | Memo | Property | Unit |
| | | NJ00.5521.0000- Water | Printed Check | 8,750.96 | Balance from previous bill | 563--Reservoir Associates LTD | |
| | | NJ00.5521.0000- Water | Printed Check | 242.70 | Adjustment to the account | 563--Reservoir Associates LTD | |
| | | NJ00.5521.0000- Water | Printed Check | 27.82 | Sewer | 563--Reservoir Associates LTD | |
| | | NJ00.5521.0000- Water | Printed Check | 11.77 | Water | 563--Reservoir Associates LTD | |
| 08/23/2023 | 1263--CRM MEDICAL TRUST ACCOUNT | | 2605 | 793.50 | In Transit | | |
| 08/23/2023 | 082323RESER | NJ00.5261.0000- Employee Benef | Printed Check | 22.34 | CIGNA DENTAL | 563--Reservoir Associates LTD | |
| | | NJ00.5261.0000- Employee Benef | Printed Check | 742.02 | CIGNA AUG 2023 | 563--Reservoir Associates LTD | |
| | | NJ00.5261.0000- Employee Benef | Printed Check | 18.81 | MUTUAL OF OMAHA | 563--Reservoir Associates LTD | |
| | | NJ00.5261.0000- Employee Benef | Printed Check | 10.33 | VSP VISION | 563--Reservoir Associates LTD | |
| 08/23/2023 | 1240--COMMUNITY REALTY MANAGEMENT | | 2604 | 4,106.34 | In Transit | | |
| 08/09/2023 | POSTAGE-2023-JULY | NJ00.5195.0000- Miscellaneous | Printed Check | 12.60 | | 563--Reservoir Associates LTD | |
| 08/23/2023 | 082323RESER | NJ00.1180.0000- Payroll Transf | Printed Check | 4,093.74 | FUND PAYROLL 8/25/23 | 563--Reservoir Associates LTD | |
| 08/25/2023 | 11228--CITY OF NEWARK | | 2606 | 10,410.71 | In Transit | | |
| 08/14/2023 | 041023 051523 | NJ00.5522.0000- Sewer | Printed Check | 930.69 | Sewer | 563--Reservoir Associates LTD | |
| | | NJ00.5521.0000- Water | Printed Check | 5,330.07 | Water | 563--Reservoir Associates LTD | |
| | | NJ00.5521.0000- Water | Printed Check | 4,149.95 | Water | 563--Reservoir Associates LTD | |
| 08/29/2023 | V-5050--Westwood Locksmith | | 2607 | 223.20 | In Transit | | |
| 08/29/2023 | 25933A | NJ00.5490.0000- Other Maintena | Printed Check | 223.20 | CYLINDERS RE-KEYED | 563--Reservoir Associates LTD | |
| 08/29/2023 | 12547--WESTWOOD HARDWARE | | Voided - 2531 | (223.20) | In Transit | | |
| 06/14/2023 | 25933A | NJ00.5490.0000- Other Maintena | Printed Check | (223.20) | Cylinders Re-Keyed | 563--Reservoir Associates LTD | |

|  | | |
|--|--|--|
| **Applied Total:** | **272,772.95** | |
| **Total:** | **272,772.95** | |
| **Grand Total:** | **272,772.95** | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re __Reservoir Associates, Ltd.__ _____    Case No. _____
_____    Chapter    __7_____
                                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................    $ _____**15,000.00**

    Prior to the filing of this statement I have received ...................    $ _____**15,000.00**

    Balance Due ........................................................    $ _____**0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **FNP of New Jersey, Inc. (Managing General Partner of Debtor)**

3.  The source of compensation to be paid to me is:

    ☐ Debtor    ■ Other (specify):    **N/A**

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any matters other than as expressly set forth in Paragrapgh 5(a)-(c), including dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__September 15, 2023_____    __/s/ S. Jason Teele_____
*Date*                                   **S. Jason Teele 014012001**
                                         *Signature of Attorney*
                                         **Sills Cummis & Gross P.C.**
                                         **One Riverfront Plaza**
                                         **Newark, NJ 07102**
                                         **(973) 643-4779**
                                         **steele@sillscummis.com**
                                         *Name of law firm*

**United States Bankruptcy Court**
**District of New Jersey**

In re    **Reservoir Associates, Ltd.**                                      Case No.  _____

                                      Debtor(s)      Chapter      **7**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing General Partner of Reservoir Associates, Ltd. of the partnership named as the debtor in this case, hereby verify that

the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 15, 2023**                    **/s/ Gary Kline, as President, FNP of New Jersey, Inc.**
_____                    **Gary Kline, as President, FNP of New Jersey, Inc./Managing**
                                          **General Partner of Reservoir Associates, Ltd.**
                                          Signer/Title

A&S Boiler & Burner Corp.
PO Box 2249
Newark, NJ 07114


Alqadir, Alexandra
185 14th Avenue, Apt. 1-346
Newark, NJ 07103


Anthony, Quanasias
185 14th Avenue, Apt. 2-344C
Newark, NJ 07103


Approved Oil Co.
6717 4th Avenue
Brooklyn, NY 11220


Aramark Refreshment Services, LLC
1511 Tonnele Ave.
North Bergen, NJ 07047


Aramark Uniform Services
740 Frelinghuysen Ave.
Newark, NJ 07114


Belmont Glass & Mirror Company
134 Ellis Ave.
Irvington, NJ 07111


Blanding, Pia
185 14th Avenue, Apt. 2-338
Newark, NJ 07103


Blount, Kbrina
185 14th Avenue, Apt. 1-332C
Newark, NJ 07103


Brown, Tasheema
185 14th Avenue, Apt. 3-197A
Newark, NJ 07103


Carter, Frank
185 14th Avenue, Apt. 1-340C
Newark, NJ 07103

Cathcart, Helen
185 14th Avenue, Apt. 2-342A
Newark, NJ 07103

Chalmers, Katlyn
185 14th Avenue, Apt. 3-199B
Newark, NJ 07103

City Fire Equipment Co.
733 Ridgedale Ave., Suite 203
East Hanover, NJ 07936

City of Newark
920 Broad St., Room 117
Newark, NJ 07102

City of Newark
920 Broad St.
Newark, NJ 07102

Community Realty Management
36 S. Main St.
Pleasantville, NJ 08232

Community Realty Managment
36 South Main St.
Pleasantville, NJ 08232

Conner Strong & Buck-Elew Companies, Inc
2 Cooper Street
Camden, NJ 08102

Corbett Exterminating, Inc.
70 Jackson Drive, Ste. J-2
Cranford, NJ 07016

Crawford, Rasheed
185 14th Avenue, Apt. 1-332A
Newark, NJ 07103

Dan Marc Appliance
10 York Avenue
Caldwell, NJ 07006

Davis, Cherell
185 14th Avenue, Apt. 1-336A
Newark, NJ 07103


DII Computers, Inc.
2425 Blair Mill Road
Willow Grove, PA 19090


Direct Supplies Warehouse, Inc.
200 S. Newman St., Unit 3
Hackensack, NJ 07601


DMR Services LLC
215 Van Vorst Street
Summit, NJ 07902


Drayton, Pauline
185 14th Avenue, Apt. 3-189D
Newark, NJ 07103


Ellis, Gaysha
185 14th Avenue, Apt. 3-191A
Newark, NJ 07103


Emerald Gardens LLC
230 Sherman Ave, Suite 8
Berkeley Heights, NJ 07922


Faulk, Cornelia
185 14th Avenue, Apt. 3-199D
Newark, NJ 07103


Fently, Lyndon
185 14th Avenue, Apt. 1-332B
Newark, NJ 07103


Fisher, Monica
185 14th Avenue, Apt. 1-340D
Newark, NJ 07103


FNP of New Jersey, Inc.
440 West 15th St.
New York, NY 10011

Ford, Armenthia
185 14th Avenue, Apt. 3-193B
Newark, NJ 07103


Furman, Shirley
185 14th Avenue, Apt. 2-350D
Newark, NJ 07103


Gainer, Latoya
185 14th Avenue, Apt. 2-340B
Newark, NJ 07103


Gantt Painting LLC
254 Chancellor Ave.
Newark, NJ 07108


Garcia, Raysa
185 14th Avenue, Apt. 1-340E
Newark, NJ 07103


Gibson, Patricia
185 14th Avenue, Apt. 3-195C
Newark, NJ 07103


Hamlett, Melenda
185 14th Avenue, Apt. 2-340A
Newark, NJ 07103


Hankerson, Sameena
185 14th Avenue, Apt. 3-199A
Newark, NJ 07103


Harris-Johnson, Dominque
185 14th Avenue, Apt. 1-334B
Newark, NJ 07103


Hinton, Fatima
185 14th Avenue, Apt. 3-189C
Newark, NJ 07103


Hogue, Shakema
185 14th Avenue, Apt. 2-346B
Newark, NJ 07103

Huggins, Cammirror
185 14th Avenue, Apt. 2-340C
Newark, NJ 07103


Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317


J&A Landscape and Snow Services
707 Foothill Road
Bridgewater, NJ 08807


Jones, Keith
185 14th Avenue, Apt. 2-348D
Newark, NJ 07103


Jones, Kimberly
185 14th Avenue, Apt. 1-338B
Newark, NJ 07103


Jones, Sabree
185 14th Avenue, Apt. 2-346A
Newark, NJ 07103


King, Brenda
185 14th Avenue, Apt. 3-193A
Newark, NJ 07103


L&M Disposal, LLC
16 Canterbury Court
Mendham, NJ 07945


Leonard, Tiffany
185 14th Avenue, Apt. 1-344
Newark, NJ 07103


Leonard, Tonjia
185 14th Avenue, Apt. 2-350C
Newark, NJ 07103


Lindsay R. Baretz, Esq.
180 Glenridge Avenue
Montclair, NJ 07042

Little, Jarmel
185 14th Avenue, Apt. 1-338A
Newark, NJ 07103


Lott, Keymani
185 14th Avenue, Apt. 1-338C
Newark, NJ 07103


Love, Oriana
185 14th Avenue, Apt. 3-195B
Newark, NJ 07103


Lowe's Commercial Credit
PO Box 530970
Atlanta, GA 30353


Martinez, Michael
185 14th Avenue, Apt. 3-191E
Newark, NJ 07103


Martinez, Patria
185 14th Avenue, Apt. 2-346D
Newark, NJ 07103


Massey, Karithyah
185 14th Avenue, Apt. 2-342E
Newark, NJ 07103


Melvin, Jerricka
185 14th Avenue, Apt. 1-334A
Newark, NJ 07103


Moon, Shadeekah
185 14th Avenue, Apt. 2-342D
Newark, NJ 07103


Moore, Shaniyah
185 14th Avenue, Apt. 3-197C
Newark, NJ 07103


Moore, Tiffany
185 14th Avenue, Apt. 3-201
Newark, NJ 07103

Morgan, Amesha
185 14th Avenue, Apt. 3-189E
Newark, NJ 07103


Moultrie, Saborah
185 14th Avenue, Apt. 3-189B
Newark, NJ 07103


National Tenant Network
PO Box 1023
Turnersville, NJ 08012


NJ Division of Taxation
Revenue Processing Center
Trenton, NJ 08646


NJ Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695


NJ Housing & Mortgage Finance Agency
637 S. Clinton Street
PO Box 18550
Attn: Mr. John Murray, CFO
Trenton, NJ 08625


Norelus, Gladys
185 14th Avenue, Apt. 2-344A
Newark, NJ 07103


Office of the Attorney General - NJ
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625


Office of the Attorney General - US
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530


Ojomo, Omolara
185 14th Avenue, Apt. 2-348E
Newark, NJ 07103

Patterson, Lateefah
185 14th Avenue, Apt. 3-195A
Newark, NJ 07103


Payne, Tasia
185 14th Avenue, Apt. 1-336C
Newark, NJ 07103


Privott, Kamesha
185 14th Avenue, Apt. 2-346C
Newark, NJ 07103


PSE&G
PO Box 14444
New Brunswick, NJ 08906


Real Page Inc.
2201 Lakeside Blvd.
Richardson, TX 75082


Reservoir Site Townhouse Development Co
c/o RTD Management Corp
1032 South Avenue
Plainfield, NJ 07062


Richardson, Stefani
185 14th Avenue, Apt. 2-348B
Newark, NJ 07103


Rogers, Barbara
185 14th Avenue, Apt. 3-191D
Newark, NJ 07103


Rogers, Na-Quan
185 14th Avenue, Apt. 1-334D
Newark, NJ 07103


Rogers, Patsy
185 14th Avenue, Apt. 2-344D
Newark, NJ 07103


Rogers, Sharnell
185 14th Avenue, Apt. 3-189A
Newark, NJ 07103

Sanders, Inita
185 14th Avenue, Apt. 3-191B
Newark, NJ 07103


Scientific Boiler Water Conditioning Co.
515 Pennsylvania Ave.
Linden, NJ 07036


Simmons, Ronald
185 14th Avenue, Apt. 2-348A
Newark, NJ 07103


Spin Cycle LLC
30 West St.
East Hanover, NJ 07936


Stafford, Tia
185 14th Avenue, Apt. 2-352
Newark, NJ 07103


Staton, Tatianna
185 14th Avenue, Apt. 3-187
Newark, NJ 07103


Sumter, Qawdaysha
185 14th Avenue, Apt. 2-344B
Newark, NJ 07103


Sumter, Sade
185 14th Avenue, Apt. 2-342B
Newark, NJ 07103


Supreme Energy Inc.
532 Freeman St.
Orange, NJ 07050


Taylor, Latoya
185 14th Avenue, Apt. 1-330
Newark, NJ 07103


Thomas, Zanae
185 14th Avenue, Apt. 2-350A
Newark, NJ 07103

Thompson, Giennien
185 14th Avenue, Apt. 1-336B
Newark, NJ 07103


Thompson, Towana
185 14th Avenue, Apt. 3-189F
Newark, NJ 07103


Transworld Systems Inc.
PO Box 15630
Wilmington, DE 19850


Trumpore Plumbing & Heating, Inc.
751 Lyons Avenue, Suite C
Irvington, NJ 07111


United States Attorney - District of NJ
Peter W. Rodino, Jr. Federal Building
970 Broad St, 7th Fl.
Newark, NJ 07102


Valentine, Priscilla
185 14th Avenue, Apt. 1-342
Newark, NJ 07103


Vazquez, Carmen
185 14th Avenue, Apt. 2-342C
Newark, NJ 07103


Verizon
Bankruptcy Administration
500 Technology Drive, Suite 550
Saint Charles, MO 63304


Walker, Angel
185 14th Avenue, Apt. 2-346E
Newark, NJ 07103


Washington, Sara
185 14th Avenue, Apt. 1-332E
Newark, NJ 07103


Williams, Toni
185 14th Avenue, Apt. 1-340B
Newark, NJ 07103

Withum Smith+Brown, P.C.
One Town Center Blvd., 14th Fl.
East Brunswick, NJ 08816

Woodson, Rashon
185 14th Avenue, Apt. 1-340A
Newark, NJ 07103